# EXHIBIT A

# EXHIBIT A

## DAN BENN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Mary J. Blige | It's On | Share My World | 238-818 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Whip Appeal | Tender Lover | 106-822 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Stay | The Writing's on the Wall | 268-936 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Atlantic Recording Corporation | Trick Daddy | Pull Over | Thugs Are Us | 303-748 |