# EXHIBIT B

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Eminem - Lose Yourself.mp3 | Eminem | 5,182KB | Audio |
| LadyIverson@KaZaA | The Staple Singers- Let's Do It Again.wma | The Staple Singers | 4,905KB | Audio |
| LadyIverson@KaZaA | Usher ft. Beyonce- Bad Girl.wmv | Unknown | 13,088KB | Video |
| LadyIverson@KaZaA | Chingy ft. Janet Jackson- Don't Worry.wma | Chingy | 4,178KB | Audio |
| LadyIverson@KaZaA | Mary J. Blige- Seven Days.mp3 | Mary J. Blige | 2,428KB | Audio |
| LadyIverson@KaZaA | Eve - Satisfaction.wma | M | 2,549KB | Audio |
| LadyIverson@KaZaA | Missy Elliott- I'm Really Hot.wma | Missy Elliot | 4,975KB | Audio |
| LadyIverson@KaZaA | Gwen Stefani - Holla Back Girl (1).wma | Gwen Stefani | 1,584KB | Audio |
| LadyIverson@KaZaA | Tony braxton - Unbreak my heart.wma | toni braxton | 2,139KB | Audio |
| LadyIverson@KaZaA | Chante Moore- Chanté's Got A Man.MP3 | Chanté Moore | 3,126KB | Audio |
| 2 Users | Stylistics- Break up to make up.mp3 | Stylistics | 3,710KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - Run To You.wma | Whitney Houston | 2,091KB | Audio |
| LadyIverson@KaZaA | The Dramatics- Highway To Heaven.mp3 | Dramatics | 4,655KB | Audio |
| LadyIverson@KaZaA | Uncle Luke - Do Do Brown.mp3 | Uncle Luke | 2,752KB | Audio |
| LadyIverson@KaZaA | Tamia_Eric Benet- Spend my life with you.mp3 | Tamia and Eric Benet | 4,299KB | Audio |
| LadyIverson@KaZaA | OJays - For the love of money.mp3 | The O'Jays | 3,488KB | Audio |
| LadyIverson@KaZaA | Jay Z- Nigga What, Nigga Who.mp3 | Jay Z | 3,644KB | Audio |
| LadyIverson@KaZaA | Ciara - Goodies.mp3 | Ciara ft. Petey Pablo | 6,138KB | Audio |
| LadyIverson@KaZaA | Fat Joe- Lean Back.mp3 | Fat Joe_Terror Squad | 7,725KB | Audio |
| LadyIverson@KaZaA | Gucci Man ft. Young Jeezy - Try.mp3 | Young Jeezy | 6,844KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,21 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Fat Joe- Lean Back.mp3 | Fat Joe_Terror Squad | 7,795KB | Audio |
| LadyIverson@KaZaA | Gucci Man ft. Young Jeezy - Icy.mp3 | Young Jeezy | 6,844KB | Audio |
| LadyIverson@KaZaA | Ludacris- Pimpin' All Over the World.wma | Ludacris | 6,488KB | Audio |
| LadyIverson@KaZaA | Dramatics - I Can't Get Over You.mp3 | Dramatics | 3,968KB | Audio |
| LadyIverson@KaZaA | Howard Hewett - just to keep you satisfied.mp3 | Howard Hewitt | 4,395KB | Audio |
| LadyIverson@KaZaA | Dramatics- Be My Girl.mp3 | Dells-Dramatics-Chi-Lites | 4,242KB | Audio |
| LadyIverson@KaZaA | Kelly Price - He Proposed.wma | Kelly Price | 3,002KB | Audio |
| LadyIverson@KaZaA | Pussycat Dolls- Don't Cha.mp3 | Pussycat Dolls | 3,820KB | Audio |
| LadyIverson@KaZaA | Joe- All the things.mp3 | Joe | 4,482KB | Audio |
| LadyIverson@KaZaA | Dru Hill - The Love We Had.mp3 | Dru Hill | 5,231KB | Audio |
| LadyIverson@KaZaA | Methrone- My Life.mp3 | Methrone | 5,578KB | Audio |
| LadyIverson@KaZaA | Pretty Willie - Lay Your Body Down.MP3 | Pretty Willie | 5,430KB | Audio |
| LadyIverson@KaZaA | Lil Jon- Get Low.mp3 | Lil' Jon | 5,689KB | Audio |
| LadyIverson@KaZaA | Uncle Luke- Captain Keep Comin'.mp3 | Uncle Luke | 3,239KB | Audio |
| LadyIverson@KaZaA | Ginuwine - Stingy.mp3 | Ginuwine | 6,240KB | Audio |
| LadyIverson@KaZaA | Destiny's Child - Brown Eyes.mp3 | Destiny's Child | 4,318KB | Audio |
| LadyIverson@KaZaA | Mary J. Blige- Love @ 1st Sight.mp3 | Mary J. Blige | 4,315KB | Audio |
| LadyIverson@KaZaA | Tony Toni Tone - Slow wine.mp3 | Tony Toni Tone | 4,522KB | Audio |
| LadyIverson@KaZaA | R. Kelly - Ignition.wma | R. Kelly | 1,902KB | Audio |
| LadyIverson@KaZaA | H-Town - Emotions.mp3 | H-Town | 3,106KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2 Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | R. Kelly - Ignition.wma | R. Kelly | 1,902KB | Audio |
| LadyIverson@KaZaA | H-Town - Emotions.mp3 | H-Town | 3,106KB | Audio |
| LadyIverson@KaZaA | Christina Aguilera- The Voice within.mp3 | Christina Aguilera | 9,501KB | Audio |
| LadyIverson@KaZaA | Destiny's Child- Dangerously in love.mp3 | Destiny's Child | 4,792KB | Audio |
| LadyIverson@KaZaA | T.I. - Dope Boyz.mp3 | TI | 4,174KB | Audio |
| LadyIverson@KaZaA | Jay Z- La-la-la.mp3 | Jay-Z | 3,675KB | Audio |
| LadyIverson@KaZaA | Pretty Rickey - Grind on me (2).mp3 | Pretty Rickey | 3,846KB | Audio |
| LadyIverson@KaZaA | Petey Pablo- Raise Up.mp3 | Pety Pablo | 3,777KB | Audio |
| LadyIverson@KaZaA | Fugees - Ooh La La La.mp3 | Fugees | 4,063KB | Audio |
| LadyIverson@KaZaA | Janet Jackson- Velvet Rope.mp3 | Janet Jackson | 3,468KB | Audio |
| LadyIverson@KaZaA | Howard Hewett - Thank You.wma | Howard Hewitt | 2,180KB | Audio |
| LadyIverson@KaZaA | Yolanda Adams- Never give up.mp3 | yolanda Adams | 1,767KB | Audio |
| LadyIverson@KaZaA | Tweet- Call me.wma | Honey Soundtrack | 2,811KB | Audio |
| LadyIverson@KaZaA | Dramatics - In The Rain.mp3 | The Dramatics | 4,884KB | Audio |
| LadyIverson@KaZaA | Next- I still love u.mp3 | 112 | 4,248KB | Audio |
| LadyIverson@KaZaA | Gwen Stefani- Cool.mp3 | Gwen Stefani | 2,962KB | Audio |
| LadyIverson@KaZaA | Dru Hill - Five Steps.WMA | Dru Hill | 2,726KB | Audio |
| LadyIverson@KaZaA | Pumba_Timon- Hakuna matata.mp3 | 3 | 3,372KB | Audio |
| LadyIverson@KaZaA | Tamar- If You Don't Wanna Love Me.mp3 | Tamar Braxton | 3,750KB | Audio |
| LadyIverson@KaZaA | Disney- The Lion Sleeps Tonight.mp3 | Beach Boys | 1,351KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Tamar - If You Don't Wanna Love Me.mp3 | Tamar Braxton | 3,760KB | Audio |
| LadyIverson@KaZaA | Disney- The Lion Sleeps Tonight.mp3 | Beach Boys | 1,251KB | Audio |
| LadyIverson@KaZaA | Christina Aguilera- Reflections.mp3 | Christina Aguilera | 3,368KB | Audio |
| LadyIverson@KaZaA | Janet Jackson - Anytime.mp3 | Janet Jackson | 3,678KB | Audio |
| LadyIverson@KaZaA | Hilary Duff- Fly.mp3 | Hilary Duff | 6,835KB | Audio |
| LadyIverson@KaZaA | K-Ci_JoJo - Last Night's Letter.mp3 | K-Ci and JoJo | 3,265KB | Audio |
| LadyIverson@KaZaA | Shirley Ceasar - Yes Lord Yes.mp3 | Shirley Caesar | 3,683KB | Audio |
| LadyIverson@KaZaA | The Manhattans-Kiss And Say Goodbye.mp3 | The Manhattans | 4,208KB | Audio |
| LadyIverson@KaZaA | The Manhattans- Kiss And Say Goodbye.wma | Manhattans | 3,322KB | Audio |
| LadyIverson@KaZaA | Lil Jon- Throw it Up.mp3 | Lil Jon f/Pastor Troy | 4,375KB | Audio |
| LadyIverson@KaZaA | Destiny's Child - Cater 2 U.mp3 | DESTINYS CHILD | 3,866KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson- Angels (2).mp3 | Jessica Simpson | 5,838KB | Audio |
| LadyIverson@KaZaA | Mario -How Could You.mp3 | Mario | 5,536KB | Audio |
| LadyIverson@KaZaA | Wyclef Jean - Stayin Alive.mp3 | Fugees | 3,132KB | Audio |
| LadyIverson@KaZaA | G-Unit- Stunt 101.mp3 | G-Unit | 5,568KB | Audio |
| LadyIverson@KaZaA | P.Diddy Ft. Usher- I Need A Girl.wma | P Diddy f. Usher | 680KB | Audio |
| LadyIverson@KaZaA | Ludacris - Blueberry Yum Yum .mp3 | Ludacris | 5,753KB | Audio |
| LadyIverson@KaZaA | Tony Toni Tone- It Never Rains.mp3 | Tony Toni Tone | 4,634KB | Audio |
| LadyIverson@KaZaA | Kanye West - All Falls Down.wma | Kanye West | 3,534KB | Audio |
| LadyIverson@KaZaA | Total Kissin' U.mp3 | Total | 4,431KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,21 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Traffic | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Kayne West - All Falls Down.wma | Kanye West | 3,534KB | Audio |
| LadyIverson@KaZaA | Total- Kissin' U.mp3 | Total | 4,431KB | Audio |
| LadyIverson@KaZaA | Petey Pablo - Vibrate.wma | Petey Pablo | 1,858KB | Audio |
| LadyIverson@KaZaA | Total- What About Us.mp3 | Total | 4,109KB | Audio |
| LadyIverson@KaZaA | Harold Melvin and The Blue Notes - The Love I Have Lost… | Harold Melvin(BlueNotes) | 3,450KB | Audio |
| LadyIverson@KaZaA | tupac - Run Tha Streets.mp3 | 2pac | 4,908KB | Audio |
| LadyIverson@KaZaA | Total feat. Missy Elliot - Trippin'.mp3 | Total | 4,913KB | Audio |
| LadyIverson@KaZaA | Ludacris- Get off Me.mp3 | Ludicris F. Pastor Troy | 1,948KB | Audio |
| LadyIverson@KaZaA | Faith Evans- Never let you go.mp3 | Faith Evans | 3,163KB | Audio |
| LadyIverson@KaZaA | Toni Braxton- I Don't Want To.mp3 | Toni Braxton | 2,021KB | Audio |
| LadyIverson@KaZaA | Silk - Meeting In My Bedroom.mp3 | M | 2,212KB | Audio |
| LadyIverson@KaZaA | Nas ft. Lauryn Hill- If I Ruled the World.mp3 | Lauryn Hill | 4,452KB | Audio |
| LadyIverson@KaZaA | Twista ft. Ludacris- Higher.mp3 | Twista/Ludacris | 2,485KB | Audio |
| LadyIverson@KaZaA | Ludacris- Cut Up.mp3 | LUDACRIS/TWISTA | 5,191KB | Audio |
| LadyIverson@KaZaA | Mariah Carey _Whitney Houston- Believe.mp3 | Mariah Carey _Withney … | 4,352KB | Audio |
| LadyIverson@KaZaA | Tupac- Can't See Me.mp3 | 2 Pac | 3,882KB | Audio |
| LadyIverson@KaZaA | Rick James_Teena Marie- Fire and Desire.mp3 | Rick James_Teena Marie | 6,850KB | Audio |
| LadyIverson@KaZaA | Lil Kim - The Jump Off.mp3 | Lil Kim | 3,721KB | Audio |
| LadyIverson@KaZaA | Shirley Ceasar - God Specializes.mp3 | Shirley Ceasar | 4,979KB | Audio |
| LadyIverson@KaZaA | Vivian Green- Emotional Rollercoaster.mp3 | Vivian Green | 4,606KB | Audio |

Found 701 files    2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | Traffic | Tell A Friend
New search | Download | | | Search | | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Shirley Caesar - God Specializes.mp3 | Shirley Ceasar | 4,479KB | Audio |
| LadyIverson@KaZaA | Vivian Green- Emotional Rollercoaster.mp3 | Vivian Green | 4,606KB | Audio |
| LadyIverson@KaZaA | Ludacris- Cry Babies (Oh No).mp3 | Ludacris | 9,132KB | Audio |
| LadyIverson@KaZaA | Omarion - I'm Tryna Act.mp3 | Omarion | 4,101KB | Audio |
| LadyIverson@KaZaA | Evanescence - Bring Me To Life.mp3 | Evanescence | 9,344KB | Audio |
| LadyIverson@KaZaA | Keith Sweat - In The Rain.mp3 | Keith Sweat | 5,420KB | Audio |
| LadyIverson@KaZaA | N'Sync- Music Of My Heart.mp3 | nsync | 4,160KB | Audio |
| LadyIverson@KaZaA | Usher- My Way.wma | Usher | 3,386KB | Audio |
| LadyIverson@KaZaA | Evanescence - My Immortal.mp3 | evanecense | 8,260KB | Audio |
| LadyIverson@KaZaA | Putbull Ft. Lil Jon- Toma.mp3 | Pitbull | 3,335KB | Audio |
| LadyIverson@KaZaA | Deuce Komradz - 100 Elbows.mp3 | 3 | 5,291KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt - Show me.mp3 | Howard Hewitt | 4,348KB | Audio |
| LadyIverson@KaZaA | Jodeci - Come N Talk To Me.mp3 | Jodeci | 4,311KB | Audio |
| LadyIverson@KaZaA | Luke- Face Down, Ass Up.mp3 | Luke Feat. 2 Live Crew | 2,832KB | Audio |
| LadyIverson@KaZaA | Beyonce - Dangerously In Love.wmv | Unknown | 7,950KB | Video |
| LadyIverson@KaZaA | Juvenile - We On Fire.mp3 | Juvinile | 4,774KB | Audio |
| LadyIverson@KaZaA | SWV- Weak.mp3 | SWV | 4,032KB | Audio |
| LadyIverson@KaZaA | Mariah Carey- We Belong Together.wma | Mariah Carey | 512KB | Audio |
| LadyIverson@KaZaA | R.Kelly- Seems like you're ready.mp3 | R. Kelly | 6,679KB | Audio |
| LadyIverson@KaZaA | Patti LaBelle- If only you knew.mp3 | Patti LaBelle | 1,979KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2| Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | R.Kelly- Seems like you're ready.mp3 | R. Kelly | 6,679KB | Audio |
| LadyIverson@KaZaA | Patti LaBelle- If only you knew.mp3 | Patty LaBelle | 1,979KB | Audio |
| LadyIverson@KaZaA | Kanye West- Diamonds.mp3 | Kanye West | 3,751KB | Audio |
| LadyIverson@KaZaA | Ginuwine- Stingy.MP3 | Ginuwine | 4,032KB | Audio |
| LadyIverson@KaZaA | Maxwell- Something Something.mp3 | Maxwell | 4,018KB | Audio |
| LadyIverson@KaZaA | Jay-Z- Song Cry.mp3 | Jay Z | 4,764KB | Audio |
| LadyIverson@KaZaA | Chingy- One Call Away.wma | Chingy | 2,204KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - Star Spangled Banner.mp3 | Whitney Houston | 2,176KB | Audio |
| LadyIverson@KaZaA | Mariah Carey- Thank God I Found You.mp3 | Mariah Carey | 3,628KB | Audio |
| LadyIverson@KaZaA | Public Ann. - Man Ain't Suppose To Cry.mp3 | Public Announcement | 3,026KB | Audio |
| 2 Users | Fantasia- Baby Mama.mp3 | Fantasia | 3,990KB | Audio |
| LadyIverson@KaZaA | Ginuwine - Anxious.mp3 | Genuwine | 4,022KB | Audio |
| LadyIverson@KaZaA | Fantasia - Got Me Waiting.mp3 | Fantasia Barrino | 3,629KB | Audio |
| LadyIverson@KaZaA | Youngbloodz- Mind on my money.wma | Young Bloodz | 4,496KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - One Moment In Time.mp3 | Houston | 4,466KB | Audio |
| LadyIverson@KaZaA | Fantasia- I Believe.mp3 | Fantasia Barrino | 7,074KB | Audio |
| LadyIverson@KaZaA | T.I - Doin' My Job.mp3 | T.I. | 3,491KB | Audio |
| LadyIverson@KaZaA | David Banner- Pop that Thang.wma | david banner | 4,213KB | Audio |
| LadyIverson@KaZaA | Dru Hill- Five Steps.mp3 | Dru Hill | 5,367KB | Audio |
| LadyIverson@KaZaA | Public Announcement- Vinnie Vi Yo.mp3 | Public Announcement | 4,302KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Dru Hill - Five Steps.mp3 | Dru Hill | 5,367KB | Audio |
| LadyIverson@KaZaA | Public Announcement- Yippie Yi Yo.mp3 | Public Announcement | 4,302KB | Audio |
| LadyIverson@KaZaA | Kimberly Locke - 8th World Wonder.mp3 | 3 | 3,701KB | Audio |
| LadyIverson@KaZaA | Syleena Johnson - Hit On Me.mp3 | Syleena Johnson | 4,163KB | Audio |
| LadyIverson@KaZaA | Uncle Luke - Scared.mp3 | Uncle Luke | 3,247KB | Audio |
| LadyIverson@KaZaA | Young Bloodz ft. Lil Jon - Damn..mp3 | lil john | 5,943KB | Audio |
| LadyIverson@KaZaA | Tamia - Stranger In My House.mp3 | Tamia | 4,486KB | Audio |
| LadyIverson@KaZaA | Lil Wayne- Earthquake.mp3 | Lil Wayne | 4,955KB | Audio |
| LadyIverson@KaZaA | T.I.- Do It.mp3 | T.I. | 3,711KB | Audio |
| LadyIverson@KaZaA | Genuwine - Love You More.mp3 | Ginuwine | 5,663KB | Audio |
| LadyIverson@KaZaA | Luke- It's your Birthday.mp3 | LUKE | 3,968KB | Audio |
| LadyIverson@KaZaA | Youngbloodz - Datz Me.mp3 | Youngbloodz | 3,427KB | Audio |
| LadyIverson@KaZaA | David Banner ft. Lil Jon- Might Getcha.mp3 | David Banner and Lil Jon | 5,983KB | Audio |
| LadyIverson@KaZaA | Raheem- Thats Right.mp3 | Dj Taz | 2,641KB | Audio |
| LadyIverson@KaZaA | Jodice- Come and talk to me.mp3 | Jodeci | 4,297KB | Audio |
| LadyIverson@KaZaA | Jodeci- Forever my Lady.mp3 | JODECI | 3,156KB | Audio |
| LadyIverson@KaZaA | Omarion - Touch..wma | Omarion | 1,607KB | Audio |
| LadyIverson@KaZaA | keith sweat - Telling Me No Again.mp3 | Keith Sweat | 4,784KB | Audio |
| LadyIverson@KaZaA | Kanye West - Workout Plan.mp3 | Kanye West | 6,332KB | Audio |
| LadyIverson@KaZaA | Terror Squad -Take Me Home.mp3 | Terror Squad | 4,948KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Download | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Kanye West - Workout Plan.mp3 | Kanye West | 6,322KB | Audio |
| LadyIverson@KaZaA | Terror Squad -Take Me Home.mp3 | Terror Squad | 4,948KB | Audio |
| LadyIverson@KaZaA | T.I. - Be Easy.mp3 | T.I. | 3,096KB | Audio |
| LadyIverson@KaZaA | T.I.- Rubber Band Man.mp3 | T.I. | 4,752KB | Audio |
| LadyIverson@KaZaA | Johnny Gill- There you go.mp3 | Johnny Gill | 4,951KB | Audio |
| LadyIverson@KaZaA | Jodeci-You_I.mp3 | Jodeci | 3,833KB | Audio |
| LadyIverson@KaZaA | T.I. - Be Better Than Me.mp3 | T.I. | 4,134KB | Audio |
| LadyIverson@KaZaA | T.I.- Stand Up.mp3 | T.I. | 6,635KB | Audio |
| LadyIverson@KaZaA | Genuwine- In Those Jeans.mp3 | Ginuwine | 5,711KB | Audio |
| LadyIverson@KaZaA | Johnny Gill- Take Me.MP3 | Johnny Gill | 5,333KB | Audio |
| LadyIverson@KaZaA | Mary J. Blige - R. Kelly - It's On.mp3 | Mary J. Blige | 4,436KB | Audio |
| LadyIverson@KaZaA | Joe - Somebody Gotta Be On Top.mp3 | Joe | 3,936KB | Audio |
| LadyIverson@KaZaA | Silk- Lose Control.mp3 | Silk | 4,319KB | Audio |
| LadyIverson@KaZaA | Deborah Cox - How Did U Get Here.mp3 | deborah cox | 4,112KB | Audio |
| LadyIverson@KaZaA | Tyreses- Signs Of Love Makin'.mp3 | Tyrese | 5,768KB | Audio |
| LadyIverson@KaZaA | Deborah Cox- It's Over Now.mp3 | DEBORAH COX | 4,096KB | Audio |
| LadyIverson@KaZaA | Selena - I Could Fall In Love.mp3 | Selena | 4,399KB | Audio |
| LadyIverson@KaZaA | Fugees - Killing Me Softly.mp3 | Fugees | 2,765KB | Audio |
| LadyIverson@KaZaA | K-Ci-JoJo -All My Life.mp3 | Jodeci | 5,139KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - I Will Always Love You.mp3 | Whitney Houston | 4,268KB | Audio |

Found 701 files    2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | K-Ci JoJo - All My Life.mp3 | Jodeci | 5,139KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - I Will Always Love You.mp3 | Whitney Houston | 4,268KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt- This love is forever.mp3 | Howard Hewitt | 5,286KB | Audio |
| LadyIverson@KaZaA | Joe - Love Scene.mp3 | Joe | 4,694KB | Audio |
| LadyIverson@KaZaA | Celine Dion- Back to Me.MP3 | Celine Dion | 5,920KB | Audio |
| LadyIverson@KaZaA | Janet Jackson - Anyplace Anytime.mp3 | Janet Jackson | 3,674KB | Audio |
| LadyIverson@KaZaA | Sisqo - How Deep Is Your Love (1).mp3 | Dru Hill | 3,948KB | Audio |
| LadyIverson@KaZaA | Marvin Gaye - Lets Get It On.mp3 | 3 | 3,747KB | Audio |
| LadyIverson@KaZaA | Evelyn Champagne King - Shame.mp3 | Evelyn Champagne King | 6,167KB | Audio |
| LadyIverson@KaZaA | Whispers - Rock Steady.mp3 | Whispers | 3,754KB | Audio |
| LadyIverson@KaZaA | Johnny Gill- My,My,My,My.mp3 | Johnny Gill | 2,898KB | Audio |
| LadyIverson@KaZaA | Jean Carne - Closer Than Close (1986).mp3 | 3 | 8,324KB | Audio |
| LadyIverson@KaZaA | Lyfe Jennings- I Can't.mp3 | Lyfe Jennings | 3,699KB | Audio |
| LadyIverson@KaZaA | Kenny G - The Wedding Song.mp3 | Kenny G | 7,867KB | Audio |
| LadyIverson@KaZaA | The Manhattans- Shining star.mp3 | The Manhattans | 4,367KB | Audio |
| LadyIverson@KaZaA | Tweet- Big Spender.mp3 | Tweet | 2,478KB | Audio |
| LadyIverson@KaZaA | Jean Knight - Mr Big Stuff.mp3 | Staple Singers | 3,268KB | Audio |
| LadyIverson@KaZaA | Monifah - I Miss You.mp3 | Monifah f/ Heavy D. | 3,490KB | Audio |
| LadyIverson@KaZaA | Monifah - You.mp3 | Monifa | 3,742KB | Audio |
| LadyIverson@KaZaA | Next- Do You Think About Me.mp3 | Next | 5,364KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2| Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Monifah - You.mp3 | Monifa | 3,742KB | Audio |
| LadyIverson@KaZaA | Next- Do You Think About Me.mp3 | Next | 5,364KB | Audio |
| LadyIverson@KaZaA | Monifah - Touch It.mp3 | Monifah | 3,696KB | Audio |
| LadyIverson@KaZaA | Celin Dion - That's the Way It Is.mp3 | Celine Dion | 3,318KB | Audio |
| LadyIverson@KaZaA | Usher- Confessions Part II.wma | Usher | 2,269KB | Audio |
| LadyIverson@KaZaA | Youngbloodz - Get It How We Get It.mp3 | Young Bloodz | 3,381KB | Audio |
| LadyIverson@KaZaA | Keith Sweat- I'll Trade.MP3 | Keith Sweat | 3,904KB | Audio |
| LadyIverson@KaZaA | Staple Singers - I'll Take You There.mp3 | Staple Singers | 3,082KB | Audio |
| LadyIverson@KaZaA | Chilites - Have You Seen Her.wma | Chi-Lites | 3,060KB | Audio |
| LadyIverson@KaZaA | TLC - Digging On You.mp3 | TLC | 3,972KB | Audio |
| LadyIverson@KaZaA | Keith Sweat- Rumors.mp3 | Keith Sweat | 2,667KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky - Your Body.mp3 | Pretty Ricky | 3,704KB | Audio |
| LadyIverson@KaZaA | Ying Yang Twins - Get Low (remix).wma | Ying Yang Twins | 1,832KB | Audio |
| LadyIverson@KaZaA | Ideal - Get Gone.mp3 | ideal | 4,218KB | Audio |
| LadyIverson@KaZaA | Dells - standing ovation.mp3 | Dells | 6,686KB | Audio |
| LadyIverson@KaZaA | Tyrone Davis - Lover.mp3 | Tyrone Davis | 3,825KB | Audio |
| LadyIverson@KaZaA | Eddie Holman -Hey There Lonely Girl.mp3 | Stylistics | 3,014KB | Audio |
| LadyIverson@KaZaA | Pretty Rickey- Juicy.mp3 | Pretty Ricky | 6,080KB | Audio |
| LadyIverson@KaZaA | TI- Motivation.mp3 | TI | 2,514KB | Audio |
| LadyIverson@KaZaA | The Whispers - Rock steady.mp3 | The Whispers | 4,870KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,21 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | T.I.- Motivation.mp3 | T.I. | 2,514KB | Audio |
| LadyIverson@KaZaA | The Whispers - Rock steady.mp3 | The Whispers - | 4,870KB | Audio |
| LadyIverson@KaZaA | Jermaine Dupri- Gotta Getcha.mp3 | Jermaine Dupri | 4,142KB | Audio |
| LadyIverson@KaZaA | Lil Jon- Play no games.mp3 | Lil' Jon | 3,946KB | Audio |
| LadyIverson@KaZaA | Lyfe Jennings - Cry.mp3 | Lyfe Jennings | 3,933KB | Audio |
| LadyIverson@KaZaA | Kenny G- I'll be home for Christmas.mp3 | Kenny G | 3,319KB | Audio |
| LadyIverson@KaZaA | Kenny G- O Holy Night.mp3 | Kenny G Christmas | 5,307KB | Audio |
| LadyIverson@KaZaA | Luther Ingram - If Loving You Is Wrong I Don't Want To Be... | Luther Ingram | 3,252KB | Audio |
| LadyIverson@KaZaA | Usher- Nice and Slow.mp3 | Usher | 3,132KB | Audio |
| LadyIverson@KaZaA | Nelly Ft. P. Diddy_Murphy Lee - Shake Ya Tailfeather.mp3 | Nelly | 4,558KB | Audio |
| LadyIverson@KaZaA | Gerald Levert- Taking Everything.mp3 | Gerald Levert | 3,888KB | Audio |
| LadyIverson@KaZaA | Dru Hill- We're not making love anymore.mp3 | Dru Hill | 4,459KB | Audio |
| LadyIverson@KaZaA | TLC - Red Light Special.mp3 | TLC | 11,944KB | Audio |
| LadyIverson@KaZaA | Khia- K-Wang.mp3 | KHIA | 4,802KB | Audio |
| LadyIverson@KaZaA | Rasheeda - Georgia Peach.mp3 | Rasheeda | 6,501KB | Audio |
| LadyIverson@KaZaA | Madea- I'm Sorry.MP3 | Tyler Perry | 1,877KB | Audio |
| LadyIverson@KaZaA | Mya- My love is like...Whoa.mp3 | Mya feat. Missy | 5,652KB | Audio |
| LadyIverson@KaZaA | Khia - Don't Trust No Nigga.mp3 | Khia | 1,777KB | Audio |
| LadyIverson@KaZaA | Deborah Cox- Where Do We Go.twma | deborah cox | 2,045KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt- Call His name.MP3 | Howard Hewitt | 4,250KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2| Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Deborah Cox - Where Do We Go.wma | deborah cox | 2,046KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt- Call His name.MP3 | Howard Hewitt | 4,260KB | Audio |
| LadyIverson@KaZaA | Trick Daddy Ft. Ludacris _Lil Kim- Sugar..mp3 | 3 | 3,774KB | Audio |
| LadyIverson@KaZaA | Deuce Komradz - Racin 2 Da Dance Floor.mp3 | Deuce Komradz | 3,931KB | Audio |
| 2 Users | CD Digital Audio_ Track_7.mp3 | FAMU | 2,278KB | Audio |
| LadyIverson@KaZaA | Christina Aguilera- Dirrty.wma | Christina Aguilera | 2,372KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt - Heaven Sent_You.mp3 | Howard Hewitt | 5,730KB | Audio |
| LadyIverson@KaZaA | Eve - Let me blow ya mind.mp3 | Eve | 5,382KB | Audio |
| LadyIverson@KaZaA | KC_JoJo - Tell Me .MP3 | K-Ci and Jo Jo | 6,524KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson - With You.wma | Jessica Simpson | 2,280KB | Audio |
| LadyIverson@KaZaA | Dru Hill - Tell Me.mp3 | dru hill | 3,944KB | Audio |
| LadyIverson@KaZaA | Monica - Street Symphony.mp3 | Monica | 5,205KB | Audio |
| LadyIverson@KaZaA | K-Ci_JoJo - Life.mp3 | K-CI_Jo-Jo | 3,502KB | Audio |
| LadyIverson@KaZaA | Raheem - Freak Ho.mp3 | Raheem | 3,038KB | Audio |
| LadyIverson@KaZaA | Next - Too Close.mp3 | Next | 3,046KB | Audio |
| LadyIverson@KaZaA | Toni Braxton - Let it Flow.mp3 | Toni Braxton | 3,132KB | Audio |
| LadyIverson@KaZaA | Spanish Guitar - Instrumental.mp3 | Classical Spanish Guitar | 3,568KB | Audio |
| LadyIverson@KaZaA | TLC - Creep.mp3 | TLC | 3,898KB | Audio |
| LadyIverson@KaZaA | Usher - You've Got It Bad.mp3 | Usher | 3,910KB | Audio |
| LadyIverson@KaZaA | Missy Elliott ft. Ciara - Lose Control.mp3 | Missy Elliott | 5,386KB | Audio |

Found 701 files    |    2,550,799 users online, sharing 682,776,291 files (61,2... | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Usher - You've Got It Bad.mp3 | Usher | 3,910KB | Audio |
| LadyIverson@KaZaA | Missy Elliott ft. Ciara- Lose Control.mp3 | Missy Elliott | 5,386KB | Audio |
| LadyIverson@KaZaA | Joe - Priceless.mp3 | Joe | 6,455KB | Audio |
| LadyIverson@KaZaA | Prince - Adore.mp3 | Prince | 6,098KB | Audio |
| LadyIverson@KaZaA | TLC - What About Your Friends.mp3 | TLC | 3,147KB | Audio |
| LadyIverson@KaZaA | Shalamar - Make This A Night To Remember.mp3 | Shalamar | 3,833KB | Audio |
| LadyIverson@KaZaA | Tantro Metro ft. Devonte- Give it to her.mp3 | Tanto Metro _Devonte | 3,194KB | Audio |
| LadyIverson@KaZaA | YoungBloodz ft. Lil Jon- Presidential Shit.mp3 | Young Bloodz | 5,116KB | Audio |
| LadyIverson@KaZaA | Lil Boosie _Webbie - Bad Bitch.wma | Lil Boosie | 1,991KB | Audio |
| LadyIverson@KaZaA | CD Digital Audio_Track_5.mp3 | FAMU | 1,059KB | Audio |
| LadyIverson@KaZaA | CD Digital Audio_Track_2.mp3 | FAMU | 4,109KB | Audio |
| LadyIverson@KaZaA | Luther Vandross - Always And Forever.mp3 | Luther Vandross | 4,583KB | Audio |
| LadyIverson@KaZaA | Missy Elliot - Super Fly.mp3 | Missy Elliot | 3,910KB | Audio |
| LadyIverson@KaZaA | Missy Elliot- Cop That Disc.mp3 | 3 | 4,961KB | Audio |
| LadyIverson@KaZaA | SWV ft. Missy Elliott- Can we.mp3 | SWV | 4,530KB | Audio |
| LadyIverson@KaZaA | Missy Elliot - Sock It To Me.mp3 | Miss Eliot | 4,015KB | Audio |
| LadyIverson@KaZaA | Lil Mo ft. Fabolous- Forever.mp3 | Lil Mo Feat Fabolous | 6,016KB | Audio |
| LadyIverson@KaZaA | Twista - So Sexy.wma | Twista | 2,282KB | Audio |
| LadyIverson@KaZaA | CD Digital Audio_Track_13.mp3 | FAMU | 6,862KB | Audio |
| LadyIverson@KaZaA | Lil Boosie_Webbie - Swerve.wma | Lil Boosie_Webbie | 2,411KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2... Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | CD Digital Audio_ Track_13.mp3 | FAMU | 6,862KB | Audio |
| LadyIverson@KaZaA | Lil Boosie_Webbie - Swerve.wma | Lil Boosie_webbie | 2,411KB | Audio |
| LadyIverson@KaZaA | Jay-Z - Song Cry (live).mp3 | Jay-Z | 6,625KB | Audio |
| LadyIverson@KaZaA | Toni Braxton - Breath Again.mp3 | Toni Braxton | 4,175KB | Audio |
| LadyIverson@KaZaA | Luthor Vandross- Never too Much.mp3 | Luther Vandross | 3,578KB | Audio |
| LadyIverson@KaZaA | Luther Vandross- Here And Now.mp3 | Luther Vandross | 7,569KB | Audio |
| LadyIverson@KaZaA | CD Digital Audio_ Track_11 (1).mp3 | FAMU | 3,440KB | Audio |
| LadyIverson@KaZaA | Toni Braxton- I Love Me Some Him.MP3 | Tony Braxton | 2,094KB | Audio |
| LadyIverson@KaZaA | Shirley Ceasar - HeTouched Me.mp3 | Shirley Ceasar | 2,778KB | Audio |
| LadyIverson@KaZaA | FAMU- 2001 Half Time Show.mp3 | Florida AM Marching Ba... | 2,518KB | Audio |
| LadyIverson@KaZaA | Dru Hill - Never make a promise.mp3 | Dru Hill | 5,135KB | Audio |
| LadyIverson@KaZaA | Brandy- Have you ever.MP3 | Brandy | 4,266KB | Audio |
| LadyIverson@KaZaA | Ginuwine- It aint none of your friends buisness.mp3 | Genuwine | 3,478KB | Audio |
| LadyIverson@KaZaA | Case- Touch Me Tease Me.mp3 | Case f Foxy brown | 3,584KB | Audio |
| LadyIverson@KaZaA | Kenny G- Silhouette.mp3 | Kenny G | 5,188KB | Audio |
| LadyIverson@KaZaA | Tina Turner - Proud Mary.mp3 | <Unknown> | 4,654KB | Audio |
| LadyIverson@KaZaA | Janet Jackson - Lets Wait Awhile.mp3 | Janet Jackson | 3,828KB | Audio |
| LadyIverson@KaZaA | Brownstone- Half of you.mp3 | Brownstone | 5,387KB | Audio |
| LadyIverson@KaZaA | Brownstone- True To Me.mp3 | Brownstone | 3,693KB | Audio |
| LadyIverson@KaZaA | Selena- Some where over the rainbow.mp3 | Selena | 1,157KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2| Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Brownstone - True To Me.mp3 | Brownstone | 3,628KB | Audio |
| LadyIverson@KaZaA | Selena- Some where over the rainbow.mp3 | Selena | 1,157KB | Audio |
| LadyIverson@KaZaA | Regina Belle- Make It Like It Was.wma | Regina Belle | 4,876KB | Audio |
| LadyIverson@KaZaA | Marvin Gaye- Distant Lover.wma | Marvin Gaye | 4,035KB | Audio |
| 2 Users | Mariah Carey- Shake It Off.mp3 | Mariah Carey | 5,595KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky- Get U Right.mp3 | Pretty Ricky | 7,020KB | Audio |
| LadyIverson@KaZaA | Lil Scrappy- No Problem.WMA | Lil Scrappy | 3,387KB | Audio |
| LadyIverson@KaZaA | FAMU- Mix (4).mp3 | 3 | 1,137KB | Audio |
| LadyIverson@KaZaA | Janet Jackson- Would You Mind.mp3 | Janet Jackson | 2,598KB | Audio |
| LadyIverson@KaZaA | FAMU- Mix (2).mp3 | FAMU | 3,832KB | Audio |
| LadyIverson@KaZaA | Eric Benet - Femininity.mp3 | A+ | 4,500KB | Audio |
| LadyIverson@KaZaA | Brownstone - Five Miles to Empty.mp3 | 3 | 4,928KB | Audio |
| LadyIverson@KaZaA | Brian McNight- One Last Cry.mp3 | Brian Mcknight | 3,490KB | Audio |
| LadyIverson@KaZaA | FAMU- Fanfare (1).MP3 | FAMU | 1,448KB | Audio |
| LadyIverson@KaZaA | Pattie Labelle- Wind Beneath.mp3 | Pattie LaBelle | 7,178KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky- Grill Em'.mp3 | Pretty Ricky | 6,645KB | Audio |
| LadyIverson@KaZaA | Celine Dion- Emotions.wmv | Unknown | 27,939KB | Video |
| LadyIverson@KaZaA | Kelly Price - Mirror Mirror.mp3 | Kelly Price | 4,946KB | Audio |
| LadyIverson@KaZaA | Kimberly Locke- Somewhere Over the Rainbow.mp3 | Kimberly Locke | 1,209KB | Audio |
| LadyIverson@KaZaA | KeKe Wyatt ft. Avant- Nothing in this World.mp3 | Keke Wyatt | 3,821KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Kimberly Locke- Somewhere Over the Rainbow.mp3 | Kimberly Locke | 1,209KB | Audio |
| LadyIverson@KaZaA | KeKe Wyatt ft. Avant- Nothing in this World.mp3 | Keke Wyatt | 3,821KB | Audio |
| LadyIverson@KaZaA | Vonzell Solomon - Respect.mp3 | Vonzell Solomon | 2,002KB | Audio |
| LadyIverson@KaZaA | Regina Belle- If I Could.mp3 | Regina Belle | 3,809KB | Audio |
| LadyIverson@KaZaA | Patti Labelle - Over The Rainbow.mp3 | Patty Labelle | 4,096KB | Audio |
| LadyIverson@KaZaA | Whitney Houston- I have nothing.MP3 | Whitney Houston | 4,535KB | Audio |
| LadyIverson@KaZaA | Lisa Fisher - How Can I Ease The Pain.mp3 | Lisa Fisher | 5,082KB | Audio |
| LadyIverson@KaZaA | Mariah Carey - My All.mp3 | Mariah Carey | 3,626KB | Audio |
| LadyIverson@KaZaA | Usher - Bedtime.mp3 | Usher | 3,874KB | Audio |
| LadyIverson@KaZaA | Jon B ft .Babyface - Someone To Love.mp3 | Jon B and Baby Face | 4,275KB | Audio |
| LadyIverson@KaZaA | Musiq- Who Knows.mp3 | Musiq | 6,919KB | Audio |
| LadyIverson@KaZaA | Public Announcement - Sex Is On My Mind.mp3 | Public Announcement | 4,130KB | Audio |
| LadyIverson@KaZaA | Simple Plan - Untitled.mp3 | Simple Plan | 3,696KB | Audio |
| LadyIverson@KaZaA | Yolanda Adams- The Battle is the Lord.mp3 | yolanda adams | 4,373KB | Audio |
| LadyIverson@KaZaA | Ideal - Creep Inn.mp3 | Ideal | 4,196KB | Audio |
| LadyIverson@KaZaA | Yolanda Adams- Open Up My Heart.mp3 | 3 | 5,313KB | Audio |
| LadyIverson@KaZaA | Evanescence - My immortality.wmv | Evanescence | 12,381KB | Video |
| LadyIverson@KaZaA | Yolanda Adams - Silver And Gold.mp3 | Yolanda Adams | 4,581KB | Audio |
| LadyIverson@KaZaA | Mokenstef-He's Mine.mp3 | Mokenstef | 5,928KB | Audio |
| LadyIverson@KaZaA | Monifah - I Can Tell.mp3 | Monifah | 2,810KB | Audio |



Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | New search | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Mokenstef- He's Mine.mp3 | Mokenstef | 5,928KB | Audio |
| LadyIverson@KaZaA | Monifah - I Can Tell.mp3 | Monifah | 2,810KB | Audio |
| LadyIverson@KaZaA | Madea- Marriage can be Love.MP3 | Tyler Perry | 1,603KB | Audio |
| LadyIverson@KaZaA | Jay-Z ft. Beyonce- Me and My Girlfriend.mp3 | 01-jay-z_ft._beyonce-bo… | 1,616KB | Audio |
| LadyIverson@KaZaA | Toni Braxton – Just Be a Man About It.wma | T.I. | 2,285KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky- Chevy.mp3 | Pretty Ricky | 6,879KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky- Get a little closer.mp3 | Pretty Ricky | 6,905KB | Audio |
| LadyIverson@KaZaA | Sam Salter – There You Are.mp3 | Sam Salter | 3,561KB | Audio |
| LadyIverson@KaZaA | Sam Salter – After 12, Before 6.mp3 | sam salter | 4,180KB | Audio |
| LadyIverson@KaZaA | Raheem – Hell To Tha Naw.mp3 | Raheem | 3,306KB | Audio |
| LadyIverson@KaZaA | Raheem - Most Beautiful Girl.mp3 | c- | 4,435KB | Audio |
| LadyIverson@KaZaA | Tony Braxton - Spanish Guitar.wma | Tony Braxton | 2,301KB | Audio |
| LadyIverson@KaZaA | Jesse Powell- If I.mp3 | Jesse Powell | 2,605KB | Audio |
| LadyIverson@KaZaA | Jesica Simpson- I wanna love you forever.mp3 | Jessica Simpson | 3,058KB | Audio |
| LadyIverson@KaZaA | Mark Anthony - My Baby You.MP3 | Marc Anthony | 5,612KB | Audio |
| LadyIverson@KaZaA | Tina Arena_Mark Anthony - Zorro Theme.mp3 | Mark Anthony | 4,418KB | Audio |
| LadyIverson@KaZaA | Ruben Studdard - SuperStar.wmv | Rueben Studdard | 2,856KB | Video |
| LadyIverson@KaZaA | Shirley Ceasar - Nobody But Jesus.mp3 | Shirley Caesar | 1,575KB | Audio |
| LadyIverson@KaZaA | Prince-The Most Beautiful Girl.mp3 | Prince | 4,403KB | Audio |
| LadyIverson@KaZaA | Shirley Ceasar - Order My Steps - .mp3 | Shirley Caesar | 3,439KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Prince - The Most Beautiful Girl.mp3 | Prince | 4,408KB | Audio |
| LadyIverson@KaZaA | Shirley Ceasar - Order My Steps - .mp3 | Shirley Ceasar | 3,420KB | Audio |
| LadyIverson@KaZaA | Cassidy Ft. Mary J. Blige- I'ma Hustler (remix).mp3 | Cassidy F/ Mary J | 6,462KB | Audio |
| LadyIverson@KaZaA | T.I.- Bring Em Out.mp3 | TI | 1,551KB | Audio |
| LadyIverson@KaZaA | Brandy - Full Moon.mp3 | Brandy | 5,884KB | Audio |
| LadyIverson@KaZaA | Brian McKnight- Back at One.mp3 | Brian McKnight | 2,609KB | Audio |
| LadyIverson@KaZaA | Brandy - Best Friend.mp3 | Brandy | 5,644KB | Audio |
| LadyIverson@KaZaA | Brain McKnight- Crazy Love.mp3 | Brian McKnight | 3,767KB | Audio |
| LadyIverson@KaZaA | Twista - Get It Wet.mp3 | Twista | 3,790KB | Audio |
| LadyIverson@KaZaA | Boyz II Men_Mariah Carey- One Sweet Day.wma | Mariah Carey_Boyz II M... | 4,432KB | Audio |
| LadyIverson@KaZaA | Beyonce- Yes.mp3 | Beyonce | 6,077KB | Audio |
| LadyIverson@KaZaA | Floetry- Getting Late.mp3 | floetry | 4,401KB | Audio |
| LadyIverson@KaZaA | Houston - Aint Nothing Wrong.wma | Houston | 1,479KB | Audio |
| LadyIverson@KaZaA | Beyonce - Speechless.mp3 | beyonce | 8,451KB | Audio |
| LadyIverson@KaZaA | Tevin Campbell - I'm Ready.wma | A | 4,487KB | Audio |
| LadyIverson@KaZaA | Tevin Campbell - Can we talk.mp3 | 3 | 3,916KB | Audio |
| LadyIverson@KaZaA | Lauryn Hill_Fugees - Ready Or Not.mp3 | 3 | 3,562KB | Audio |
| LadyIverson@KaZaA | Maxwell- This Woman's Work.mp3 | Maxwell | 6,144KB | Audio |
| LadyIverson@KaZaA | Boyz II Men - On Bended Knee.mp3 | Boyz II Men | 4,479KB | Audio |
| LadyIverson@KaZaA | Bow Wow ft. Omarion- Hold you.mp3 | Bow Wow feat. Omarion | 5,257KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2...) Not sharing any files