## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Boyz II Men - On Bended Knee.mp3 | Boyz II Men | 4,479KB | Audio |
| LadyIverson@KaZaA | Bow Wow Ft.. Omarion- Hold you.mp3 | Bow Wow feat. Omarion | 5,257KB | Audio |
| LadyIverson@KaZaA | Body Head Bangaz- I smoke I drink.mp3 | Magic _Young Bloodz | 1,091KB | Audio |
| LadyIverson@KaZaA | Bobby Valentino- Tell Me.mp3 | 3 | 5,347KB | Audio |
| LadyIverson@KaZaA | Bobby Valentino - Slow Down.mp3 | Bobby Valentino | 4,444KB | Audio |
| LadyIverson@KaZaA | Bloodstone - Natural High.mp3 | 3 | 4,594KB | Audio |
| LadyIverson@KaZaA | Billy Paul - Me and Mrs Jones.mp3 | 3 | 5,631KB | Audio |
| LadyIverson@KaZaA | Babyface - Whip Appeal.WMA | Babyface | 2,775KB | Audio |
| LadyIverson@KaZaA | Beyonce- Thats How You Like It.mp3 | Jay-Z, Beyonce | 3,427KB | Audio |
| LadyIverson@KaZaA | Beyonce - Wishing on a star.mp3 | Beyonce | 5,844KB | Audio |
| LadyIverson@KaZaA | Da Band- Tonight.mp3 | Da Band | 3,941KB | Audio |
| LadyIverson@KaZaA | Petey Pablo- Freak- a- Leek.wma | Petey Pablo | 1,391KB | Audio |
| LadyIverson@KaZaA | Juvenile - Nolia Clap.mp3 | juvenile | 4,291KB | Audio |
| LadyIverson@KaZaA | Eve F Alicia Keys - Gangsta Lovin.mp3 | Alicia Keys | 5,485KB | Audio |
| LadyIverson@KaZaA | Missy Elliott- My Man.mp3 | Missy Elliot | 5,912KB | Audio |
| LadyIverson@KaZaA | Omarion - O.mp3 | Omarion | 5,861KB | Audio |
| LadyIverson@KaZaA | Pastor Troy- Pop that Pussy.mp3 | Pastor Troy | 3,773KB | Audio |
| LadyIverson@KaZaA | Young Buck ft. T.I._Ludacris - Stomp.mp3 | Young Buck, T.I., Ludacris | 3,867KB | Audio |
| LadyIverson@KaZaA | R. Kelly - I Cant Sleep Baby.mp3 | R. Kelly | 5,162KB | Audio |

Found 701 files    2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Young Buck ft. T.I._Ludacris - Stomp.mp3 | Young Buck, T.I., _Ludac... | 4,482KB | Audio |
| LadyIverson@KaZaA | R Kelly - I Cant Sleep Baby.mp3 | R Kelly | 5,162KB | Audio |
| LadyIverson@KaZaA | Tweet - Motel.mp3 | Tweet | 3,131KB | Audio |
| LadyIverson@KaZaA | Timbaland_Magoo ft. Tweet- All Yall.mp3 | Timbaland_Magoo ft. T... | 4,650KB | Audio |
| LadyIverson@KaZaA | Patti LaBelle - If You Asked Me To.mp3 | Patti LaBelle | 3,773KB | Audio |
| LadyIverson@KaZaA | Vonzell- I have nothing.mp3 | Vonzell | 2,374KB | Audio |
| LadyIverson@KaZaA | MaDea's Family Reunion - old time mix.MP3 | Tyler Perry | 1,936KB | Audio |
| LadyIverson@KaZaA | Kelly Rowland- Bad Habit.mp3 | Destiny's Child | 3,657KB | Audio |
| LadyIverson@KaZaA | Harold Melvin _The Blue Notes - I Miss You.mp3 | Harold Melvin and the Blu... | 7,940KB | Audio |
| LadyIverson@KaZaA | Patti LaBelle - Somebody loves you.mp3 | Patty LaBelle | 4,625KB | Audio |
| LadyIverson@KaZaA | Tevin Campbell - Shhh.mp3 | Tevin Campbell | 4,288KB | Audio |
| LadyIverson@KaZaA | Faithe Hill - Breath.mp3 | Faith Hill | 2,248KB | Audio |
| LadyIverson@KaZaA | K-Ci_JoJo - Crazy.mp3 | K-Ci_JoJo | 4,110KB | Audio |
| LadyIverson@KaZaA | Tony Toni Tone - Lay Your Head On My Pillow.mp3 | Tony Toni Tone | 5,799KB | Audio |
| LadyIverson@KaZaA | Tony Toni Tone - Whatever You Want.mp3 | Tony Toni Tone | 4,539KB | Audio |
| LadyIverson@KaZaA | FAMU- Track08.mp3 | FAMU | 1,735KB | Audio |
| LadyIverson@KaZaA | Faith Hill- There you'll be.mp3 | Faith Hill | 3,046KB | Audio |
| LadyIverson@KaZaA | Lil Jon- Nothin's Free.MP3 | Lil' John_the East Side B... | 1,789KB | Audio |
| LadyIverson@KaZaA | Janet Jackson - Miss U Much.mp3 | Janet Jackson | 3,944KB | Audio |
| LadyIverson@KaZaA | Janet Jackson - You Want This.mp3 | Janet Jackson | 3,392KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,21 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Janet Jackson - Miss U Much.mp3 | Janet Jackson | 3,944KB | Audio |
| LadyIverson@KaZaA | Janet Jackson - You Want This.mp3 | Janet Jackson | 3,392KB | Audio |
| LadyIverson@KaZaA | Jay Z - 99 Problems.mp3 | Jay Z | 4,587KB | Audio |
| LadyIverson@KaZaA | Juvenile- Slow Motion.mp3 | JUVENILE | 4,857KB | Audio |
| LadyIverson@KaZaA | Dirty - Six Deep Creepin.mp3 | Dirty | 4,182KB | Audio |
| LadyIverson@KaZaA | SWV- Rain on me.mp3 | swv | 4,062KB | Audio |
| LadyIverson@KaZaA | Marques Houston- FirstTime.mp3 | iMX | 1,669KB | Audio |
| LadyIverson@KaZaA | Methrone - Taking U Slowly.mp3 | Methrone | 4,998KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky- Call me.mp3 | Pretty Ricky | 5,892KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky - Never Let You Go.mp3 | Pretty Ricky | 5,743KB | Audio |
| LadyIverson@KaZaA | Pretty Ricky- Can't live without you.mp3 | Pretty Ricky | 7,361KB | Audio |
| LadyIverson@KaZaA | Babyface_Kenny G - Everytime I Close My Eyes.mp3 | Eve | 6,465KB | Audio |
| LadyIverson@KaZaA | B2K - Why I Love You.mp3 | B2K | 3,767KB | Audio |
| LadyIverson@KaZaA | B2K - Drop.mp3 | Timbaland | 5,722KB | Audio |
| LadyIverson@KaZaA | Ashley Simpson- LaLa.wma | Ashley Simpson | 898KB | Audio |
| LadyIverson@KaZaA | Avant ft. KeKe Wyatt- My first love.mp3 | Avant feat. Keke Wyatt | 4,201KB | Audio |
| LadyIverson@KaZaA | Avant- Don't say no, Say yes.mp3 | Avant | 2,215KB | Audio |
| LadyIverson@KaZaA | Ashley Simpson- pieces of me.mp3 | Ashley Simpson | 3,417KB | Audio |
| LadyIverson@KaZaA | Ashanti- Only U.mp3 | Ashanti | 5,415KB | Audio |
| LadyIverson@KaZaA | Ashanti - Rock With You.mp3 | Ashanti | 4,975KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,21 Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | New search | My Kazaa | Download | Theater | [icon] | Search | Traffic | [icon] | Shop | [icon] | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Ashanti- Only U.mp3 | Ashanti | 5,415KB | Audio |
| LadyIverson@KaZaA | Ashanti - Rock With You.mp3 | Ashanti | 4,975KB | Audio |
| LadyIverson@KaZaA | Ashanti - Baby.mp3 | Ashanti | 4,156KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin- Mr. Big Stuff.mp3 | Aretha Franklin | 1,796KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin- Chain Of Fools.mp3 | Aretha Franklin | 3,936KB | Audio |
| LadyIverson@KaZaA | Allen Iverson- 40 Bars.mp3 | Allen Iverson aka Jewels | 4,668KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin - I will Survive.mp3 | Aretha Franklin | 4,229KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin - Ain't no way.wma | Aretha Franklin | 2,010KB | Audio |
| LadyIverson@KaZaA | Allen Iverson - Jewelz.mp3 | 3 | 3,716KB | Audio |
| LadyIverson@KaZaA | Alicia Keys- You Don't Know My Name.wma | alicia keys | 923KB | Audio |
| LadyIverson@KaZaA | Alicia Keys- Karma.wma | Alicia Keys | 2,561KB | Audio |
| LadyIverson@KaZaA | Alicia Keys- Diary.wma | Alicia Keys | 4,467KB | Audio |
| LadyIverson@KaZaA | Alicia Keys- A Woman's Worth.MP3 | Alicia Keys | 3,643KB | Audio |
| LadyIverson@KaZaA | Alexander O'Neal- Sunshine.mp3 | Alexander O'Neal | 8,476KB | Audio |
| LadyIverson@KaZaA | Alexander O'Neal- If u were here tonight.mp3 | Alexander O'Neal | 5,823KB | Audio |
| LadyIverson@KaZaA | Aaliyah- At Your Best.mp3 | Aaliyah | 3,977KB | Audio |
| LadyIverson@KaZaA | Al Green- Lets stay together.wma | Al Green | 2,314KB | Audio |
| LadyIverson@KaZaA | Aaliyah- Are You That Somebody.mp3 | Aliyah | 3,996KB | Audio |
| LadyIverson@KaZaA | Aaliyah-The One I Gave My Heart To.mp3 | slow jams | 3,694KB | Audio |
| LadyIverson@KaZaA | Aaliyah - Come Over.wma | aaliyah | 2,317KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2] Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | My Kazaa | Download | Theater | Web | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Aaliyah - The One I Gave My Heart To.mp3 | slow jams | 3,694KB | Audio |
| LadyIverson@KaZaA | Aaliyah - Come Over.wma | Aaliyah | 2,317KB | Audio |
| LadyIverson@KaZaA | 702- Steelo.MP3 | 702 | 2,836KB | Audio |
| LadyIverson@KaZaA | 702 -Get It Together.mp3 | 702 | 3,479KB | Audio |
| LadyIverson@KaZaA | Aaliyah - I Don't Wanna.mp3 | 3 | 5,966KB | Audio |
| LadyIverson@KaZaA | 702 - Where My Girls At.mp3 | 702 | 2,627KB | Audio |
| LadyIverson@KaZaA | 50 Cent- Ludacris Diss.mpg | Unknown | 2,616KB | Video |
| LadyIverson@KaZaA | 3LW - Players Gon Play.mp3 | 3LW | 9,520KB | Audio |
| LadyIverson@KaZaA | 3LW - I do.mp3 | 3LW - I do | 2,805KB | Audio |
| LadyIverson@KaZaA | 112- Sweet Love.mp3 | 112 | 5,084KB | Audio |
| LadyIverson@KaZaA | Marques Houston ft. Joe Budden- Clubbin.mp3 | Marques Houston | 3,934KB | Audio |
| LadyIverson@KaZaA | Jon B - They Don't Know.mp3 | Jon B | 4,292KB | Audio |
| LadyIverson@KaZaA | Christina Milan- Dip It Low.wma | Christina Milan | 3,288KB | Audio |
| LadyIverson@KaZaA | Nivea- Parking Lot.wma | Nivea | 3,723KB | Audio |
| LadyIverson@KaZaA | Harold Melvin - Wake Up Everybody.mp3 | Harold Melvin and the Blu… | 3,776KB | Audio |
| LadyIverson@KaZaA | Tweet - Smokin Cigarettes.mp3 | tweet. | 4,029KB | Audio |
| LadyIverson@KaZaA | The Dells- Hey There Lonely Girl.mp3 | Dells, Dramatics and Delf… | 3,396KB | Audio |
| LadyIverson@KaZaA | Stylistics- Didn't I blow your mind.mp3 | The Delfonics | 3,133KB | Audio |
| LadyIverson@KaZaA | Little Mermaid-Kiss The Girl.mp3 | The Little Mermaid | 2,350KB | Audio |
| LadyIverson@KaZaA | Mario - Braid my hair.mp3 | Mario | 4,834KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Little Mermaid- Kiss The Girl.mp3 | The Little Mermaid | 2,350KB | Audio |
| LadyIverson@KaZaA | Mario - Braid my hair.mp3 | Mario | 4,834KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt - This Ring.mp3 | HOWARD HEWITT | 4,735KB | Audio |
| LadyIverson@KaZaA | Fantasia Barrino - Summertime.wmv | idolwatcher_1@bolt.com | 9,560KB | Video |
| LadyIverson@KaZaA | Chingy ft. Ludacris_Snoop Dogg- Holidae Inn.wma | Ludacris | 2,503KB | Audio |
| LadyIverson@KaZaA | Peabo Bryson- A Whole New World.MP3 | Peabo Bryson _Celine Di... | 3,862KB | Audio |
| LadyIverson@KaZaA | The Isley Brothers- What would you do.mp3 | Isley Brothers Feat Ronal... | 5,442KB | Audio |
| LadyIverson@KaZaA | Shania Twain - I Feel Like A Woman.mp3 | Shania Twain | 1,599KB | Audio |
| LadyIverson@KaZaA | Next - Butta Love.mp3 | Next | 4,618KB | Audio |
| LadyIverson@KaZaA | Mary J. Blige - Rainy Days.mp3 | Mary J. Blige | 4,320KB | Audio |
| LadyIverson@KaZaA | Kelly Price- Friend of mine.mp3 | Kelly Price | 5,890KB | Audio |
| LadyIverson@KaZaA | Ja Rule ft. Ashanti- Always On Time.mp3 | Ja Rule Feat. Ashanti | 3,835KB | Audio |
| LadyIverson@KaZaA | Harold Melvin - If you dont know me by now.mp3 | Harold Melvin _The Blue ... | 3,235KB | Audio |
| LadyIverson@KaZaA | FAMU- Halftime Entrance and FanFare.mp3 | Florida AM University | 1,118KB | Audio |
| LadyIverson@KaZaA | Lil Jon- whatcha gon do.mp3 | Lil Jon and Lil Scrappy | 7,527KB | Audio |
| LadyIverson@KaZaA | Wyclef ft. mary J. Blige- 911.mp3 | Wyclef Feat Mary J Blige | 4,048KB | Audio |
| LadyIverson@KaZaA | Timbaland ft. Aaliyah, Missy Elliot_Magoo - Up Jumps Tha... | Timbaland ft. Missy_Aali... | 4,696KB | Audio |
| LadyIverson@KaZaA | Tupac Shakur - Changes.mp3 | 2 Pac | 2,103KB | Audio |
| LadyIverson@KaZaA | Eminem-Without Me.mp3 | Eminem | 9,865KB | Audio |
| LadyIverson@KaZaA | Tupac- Only God Can Judge Me.mp3 | 2pac | 3,481KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2| Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Eminem- Without Me.mp3 | Eminem | 9,865KB | Audio |
| LadyIverson@KaZaA | Tupac- Only God Can Judge Me.mp3 | 2pac | 3,481KB | Audio |
| LadyIverson@KaZaA | Ginuwine - Differences.mp3 | Ginuwine | 4,194KB | Audio |
| LadyIverson@KaZaA | Tupac, Nas, Method Man_Redman - I Got My Mind Made … | 2 pac, Nas, Red Method … | 4,881KB | Audio |
| LadyIverson@KaZaA | Ja Rule ft, Lil Mo- Put it on me.mp3 | Ja Rule ft. Lil' Mo_Vita | 3,354KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson- Hark Herald The Angels Sing.mp3 | Jessica Simpson | 1,656KB | Audio |
| LadyIverson@KaZaA | Youngbloodz- Cadillac Pimpin.mp3 | Young Bloodz | 5,865KB | Audio |
| LadyIverson@KaZaA | Tupac Shakur - High Till I Die.mp3 | Tu Pac | 3,856KB | Audio |
| LadyIverson@KaZaA | Spice One Ft. Tupac - Jealousy Got Me Strapped.mp3 | Spice One feat. Tupac | 4,312KB | Audio |
| LadyIverson@KaZaA | Usher, Ludacris_Lil Jon- Lovers and Friends.mp3 | usher/lil jon/ludacris | 6,144KB | Audio |
| LadyIverson@KaZaA | Ying Yang Twins- Salt Shaker.mp3 | Ying Yang Twins | 3,925KB | Audio |
| LadyIverson@KaZaA | Lil Scrappy- Head Bustas.mp3 | Lil Scrappy F/Lil Jon | 3,735KB | Audio |
| LadyIverson@KaZaA | R. Kelly - Down Low.mp3 | R Kelly | 3,953KB | Audio |
| LadyIverson@KaZaA | Mike Jones- Still Tippin.mp3 | Mike Jones | 4,171KB | Audio |
| LadyIverson@KaZaA | Janet Jackson- All Night (Dont Stop).mp3 | Janet Jackson | 3,223KB | Audio |
| LadyIverson@KaZaA | Tupac - No More Pain.mp3 | 2 Pac | 5,853KB | Audio |
| LadyIverson@KaZaA | Joe - I Wanna Know.mp3 | Joe | 2,333KB | Audio |
| LadyIverson@KaZaA | Fantasia- Free Yourself.mp3 | Fantasia Barrino | 5,139KB | Audio |
| LadyIverson@KaZaA | Fantasia - Summertime.mp3 | Fantasia | 5,258KB | Audio |
| LadyIverson@KaZaA | Fantasia- Truth Is.mp3 | Fantasia | 5,533KB | Audio |

Found 701 files — 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Fantasia - Summertime.mp3 | Fantasia | 5,258KB | Audio |
| LadyIverson@KaZaA | Fantasia- Truth Is.mp3 | Fantasia | 5,533KB | Audio |
| LadyIverson@KaZaA | Trina Ft. Ludacris- B R Right.mp3 | Trina | 4,099KB | Audio |
| LadyIverson@KaZaA | Lil Mo - Ta Da.mp3 | Lil' Mo | 4,154KB | Audio |
| LadyIverson@KaZaA | Fantasia Barrino - Don't Act Right.mp3 | Fantasia Barrino | 5,140KB | Audio |
| LadyIverson@KaZaA | Patti LaBelle - On My Own.mp3 | Patti Labelle Feat Michael... | 4,558KB | Audio |
| LadyIverson@KaZaA | Deuce Komradz - Down Wit Da South.mp3 | Deuce Komradz | 4,589KB | Audio |
| LadyIverson@KaZaA | Jodeci - Lately.mp3 | Jodeci | 5,374KB | Audio |
| LadyIverson@KaZaA | T.I. ft. Lil Scrappy- I'm the King.mp3 | Lil' Scrappy/P$C/T.I. | 5,288KB | Audio |
| LadyIverson@KaZaA | Fantasia- Ain't gon beg.mp3 | Fantasia Barrino | 4,223KB | Audio |
| LadyIverson@KaZaA | R.Kelly- Your Body's Calling.mp3 | R. Kelly | 3,249KB | Audio |
| LadyIverson@KaZaA | Joe -What If A Woman.mp3 | Joe | 3,984KB | Audio |
| LadyIverson@KaZaA | Evanescense - Bring Me To Life (Live).mpg | Evanescence | 37,998KB | Video |
| LadyIverson@KaZaA | Simple Plan - Addicted.mp3 | Simple Plan | 3,631KB | Audio |
| LadyIverson@KaZaA | Twista- Like a 24.mp3 | Twista | 4,189KB | Audio |
| LadyIverson@KaZaA | Sisqo - Love you tonight.MP3 | Sisqo | 4,848KB | Audio |
| LadyIverson@KaZaA | Lil' Kim - Ladies Night.mp3 | Lil' Kim_TLC_Missy Eliot | 4,115KB | Audio |
| LadyIverson@KaZaA | Usher - Caught Up.wma | Usher | 2,238KB | Audio |
| LadyIverson@KaZaA | Little Mermaid - Under the Sea.mp3 | Disney | 2,998KB | Audio |
| LadyIverson@KaZaA | Kanye West - Jesus Walks.mp3 | Kanye West | 2,304KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,21) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Little Mermaid - Under the Sea.mp3 | Disney | 2,998KB | Audio |
| LadyIverson@KaZaA | Kanye West - Jesus Walks.mp3 | Kanye West | 2,304KB | Audio |
| LadyIverson@KaZaA | Kayne West - Through The Wire.wma | Kanye West | 3,381KB | Audio |
| LadyIverson@KaZaA | Shirley Ceasar- No Charge.mp3 | Shirley Caesar | 3,116KB | Audio |
| LadyIverson@KaZaA | T.I. - 24's.mp3 | T.I. | 2,788KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - Greatest Love of All.mp3 | 3 | 4,482KB | Audio |
| LadyIverson@KaZaA | Outkast - Ms Jackson.mp3 | Outkast | 4,301KB | Audio |
| LadyIverson@KaZaA | Whitney Housten - I Wanna Dance With Somebody.mp3 | Whitney Houston | 2,273KB | Audio |
| LadyIverson@KaZaA | Whitney Houston- I will always love you.MP3 | Whitney Houston | 3,772KB | Audio |
| LadyIverson@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,389KB | Audio |
| LadyIverson@KaZaA | Foxy Brown_Jay-Z - I'll Be.mp3 | Jay-Z, Foxy Brown | 2,132KB | Audio |
| LadyIverson@KaZaA | J.Lo - Dear Ben.mp3 | Jennifer Lopez | 4,555KB | Audio |
| LadyIverson@KaZaA | Britney Spears _Michael Jackson - The Way You Make Me … | Britney Spears and Micheal | 60,428KB | Video |
| LadyIverson@KaZaA | Harold Melvin And The Bluenotes- Be For Real.mp3 | Harold Melvin_The Blue … | 7,014KB | Audio |
| LadyIverson@KaZaA | Foxy Brown ft. Blackstreet - Get you home.mp3 | 3 | 3,554KB | Audio |
| LadyIverson@KaZaA | Tyrese- How You Gonna Act Like That.mp3 | Tyrese | 4,454KB | Audio |
| LadyIverson@KaZaA | LSG- My Body.mp3 | Gerald Levert, Keith Swea… | 3,383KB | Audio |
| LadyIverson@KaZaA | Celine Dion - All By My Self.mp3 | Celin Dion | 5,673KB | Audio |
| LadyIverson@KaZaA | Faith Hill - Cry.mp3 | Faith Hill | 3,507KB | Audio |
| LadyIverson@KaZaA | Destiny's Child - Lose my Breath.mp3 | Destiny's Child | 5,096KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2| Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Tell A Friend
New search | Download | Traffic | Shop
Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Faith Hill - Cry.mp3 | Faith Hill | 3,507KB | Audio |
| LadyIverson@KaZaA | Destiny's Child- Lose my Breath.mp3 | Destiny's Child | 5,096KB | Audio |
| LadyIverson@KaZaA | Britney Spears - Me Against The Music - Video.mpg | Britney Spears | 41,625KB | Video |
| LadyIverson@KaZaA | Trick Daddy Ft. Deuce Komradz- Down wit da South.mp3 | Deuce Komradz/Trick Dad... | 9,810KB | Audio |
| LadyIverson@KaZaA | Stylistics - Sideshow.mp3 | The Stylistics | 3,951KB | Audio |
| LadyIverson@KaZaA | Patti LaBelle Ft. Ron Isley - Gotta Go Solo.mp3 | Patti LaBelle Feat. Ron Isl... | 4,385KB | Audio |
| LadyIverson@KaZaA | Janet Jackson- Let's Wait Awhile.mp3 | Destiny's Child | 4,151KB | Audio |
| LadyIverson@KaZaA | Chi-Lites - Oh Girl.MP3 | The Chi-Lites | 1,434KB | Audio |
| LadyIverson@KaZaA | tyrone davis - Everythings Out In The Open.mp3 | johnny Taylor | 3,614KB | Audio |
| LadyIverson@KaZaA | KeKe Wyatt - If only you knew.mp3 | KeKe Wyatt | 3,215KB | Audio |
| LadyIverson@KaZaA | Mario - just a friend.mp3 | mario | 4,956KB | Audio |
| LadyIverson@KaZaA | Linda Jones - Hypnotized.mp3 | Linda Jones | 2,780KB | Audio |
| LadyIverson@KaZaA | Brian Mcknight - Where Do We Go From Here.mp3 | 3 | 6,131KB | Audio |
| LadyIverson@KaZaA | Deuce Komradz- Ridin' Smokin (Remix).mp3 | Deuce Komradz | 4,391KB | Audio |
| LadyIverson@KaZaA | The Love Doctor --Slow Roll It.mp3 | Tyrone Davis | 4,237KB | Audio |
| LadyIverson@KaZaA | Kenny G - Silver Bells.mp3 | Kenny G | 3,762KB | Audio |
| LadyIverson@KaZaA | Sisqo - So Sexual.mp3 | Sisqo | 2,778KB | Audio |
| LadyIverson@KaZaA | Tyrone Davis - For The Good Time.mp3 | Tyrone Davis | 4,222KB | Audio |
| LadyIverson@KaZaA | Chaka Kahn - Through the Fire.mp3 | Chaka Kahn | 4,483KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - Miracle.mp3 | Whitney Houston | 5,333KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | New search | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Chaka Kahn - Through the Fire.mp3 | Chaka Kahn | 4,483KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - Miracle.mp3 | Whitney Houston | 5,332KB | Audio |
| LadyIverson@KaZaA | Glenn Lewis - dont you forget it.mp3 | Glenn Lewis | 5,920KB | Audio |
| LadyIverson@KaZaA | 112 - Cupid.mp3 | 112 | 3,970KB | Audio |
| LadyIverson@KaZaA | Stylistics - You Make Me Feel Brand New.mp3 | Stylistics | 4,509KB | Audio |
| LadyIverson@KaZaA | Deborah Cox ft. R.L.- We Can't Be Friends.MP3 | Deborah Cox ft. RL | 4,137KB | Audio |
| LadyIverson@KaZaA | Missy Elliott- Lose Control.wma | Missy Elliott | 1,824KB | Audio |
| LadyIverson@KaZaA | Silk - Freak Me Baby.mp3 | Silk | 3,328KB | Audio |
| LadyIverson@KaZaA | T.I.- You dont know me.wma | T.I. | 3,863KB | Audio |
| LadyIverson@KaZaA | R. Kelly - Sex Me.mp3 | R. Kelly | 4,646KB | Audio |
| LadyIverson@KaZaA | Lois Amstrong - What a wonderful world.mp3 | Louis Armstrong With Ken... | 2,869KB | Audio |
| LadyIverson@KaZaA | Usher- Burn.wma | Usher | 1,041KB | Audio |
| LadyIverson@KaZaA | Eve - Love Is Blind.mp3 | Eve | 4,067KB | Audio |
| LadyIverson@KaZaA | Young Bloodz ft. Lil Jon- Damn.mp3 | Youngbloodz, Lil' Jon | 4,698KB | Audio |
| LadyIverson@KaZaA | Celine Dion - I'm Your Lady.mp3 | Celine Dion | 5,376KB | Audio |
| LadyIverson@KaZaA | Destiny's Child - Stay.mp3 | Destiny's Child | 4,554KB | Audio |
| LadyIverson@KaZaA | Foxy Brown_Jay-Z- Aint No Nigga.mp3 | Jay-Z feat. Foxy Brown | 3,790KB | Audio |
| LadyIverson@KaZaA | Jay-Z- Dirt off ya shoulders.mp3 | Jay-Z | 2,881KB | Audio |
| LadyIverson@KaZaA | Mystikal - Danger.mp3 | Mystikal | 3,393KB | Audio |
| LadyIverson@KaZaA | Lil' John and The Eastside Boys - Move Bitch.mp3 | Lil Jon the East Side Bo... | 5,142KB | Audio |

Found 701 files    2,550,799 users online, sharing 682,776,291 files (61,2) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | New search | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Mystikal - Danger.mp3 | Mystikal | 3,308KB | Audio |
| LadyIverson@KaZaA | Lil' John and The Eastside Boys - Move Bitch.mp3 | Lil Jon_the East Side Bo… | 5,142KB | Audio |
| LadyIverson@KaZaA | Enya - Only Time.mp3 | Enya | 3,446KB | Audio |
| LadyIverson@KaZaA | Tweet- You're so Beautiful.mp3 | tweet. | 3,875KB | Audio |
| LadyIverson@KaZaA | Lil Wayne- Go DJ.mp3 | Lil' Wayne | 3,304KB | Audio |
| LadyIverson@KaZaA | Lyfe Jennings- Must Be Nice.mp3 | Lyfe Jennings | 9,122KB | Audio |
| LadyIverson@KaZaA | Monica - So Gone.mp3 | Monica | 5,543KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson - A Whole New World.mp3 | Jessica Simpson | 4,891KB | Audio |
| LadyIverson@KaZaA | Monica- Why I love you so much.mp3 | Monica | 3,186KB | Audio |
| LadyIverson@KaZaA | K-Ci_JoJo - Lately.MP3 | K-Ci and JoJo | 4,831KB | Audio |
| LadyIverson@KaZaA | Howard Hewitt - Once, Twice, Three Times .mp3 | Howard Hewitt | 4,001KB | Audio |
| LadyIverson@KaZaA | Two Live Crew_Luke- Pop That Pussy.mp3 | Two Live Crew_Luke | 2,944KB | Audio |
| LadyIverson@KaZaA | TLC -- Waterfalls.mp3 | a | 4,368KB | Audio |
| LadyIverson@KaZaA | Usher - You Make Me Wanna….mp3 | Chris Sheppard - Groove … | 2,195KB | Audio |
| LadyIverson@KaZaA | Celion Deion - Because you love me.mp3 | Celine Dion | 4,365KB | Audio |
| LadyIverson@KaZaA | Shania Twain - You're Still The One.mp3 | SHANIA TWAIN | 3,313KB | Audio |
| LadyIverson@KaZaA | Temptations- Get Ready.mpg | Temptations | 2,449KB | Video |
| LadyIverson@KaZaA | Syleena- Tonight I'm Letting Go (remix).mp3 | Syleena Johnson | 6,143KB | Audio |
| LadyIverson@KaZaA | Monica-You Should've known Better.mp3 | monica | 4,033KB | Audio |
| LadyIverson@KaZaA | R. Kelly - If I could turn back the hands of time.mp3 | R. Kelly | 5,802KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,21 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Monica- You Should've Known Better.mp3 | monica | 4,033KB | Audio |
| LadyIverson@KaZaA | R. Kelly - IF I could turn back the hands of time.mp3 | R., Kelly | 5,902KB | Audio |
| LadyIverson@KaZaA | Ying Yang Twins- Wait (remix).mp3 | 3 | 6,549KB | Audio |
| LadyIverson@KaZaA | Lil Wayne- This Is The Carter.mp3 | Lil' Wayne | 6,562KB | Audio |
| LadyIverson@KaZaA | Mario - C'Mon.mp3 | Mario | 3,997KB | Audio |
| LadyIverson@KaZaA | Stacie Orrico - Stuck.mp3 | Stacie Orrico | 4,386KB | Audio |
| LadyIverson@KaZaA | Jagged Edge- Where the party at.mp3 | Jagged Edge | 2,327KB | Audio |
| LadyIverson@KaZaA | Mase ft. Total - Tell me what you want from me.mp3 | Mase and Total | 3,784KB | Audio |
| LadyIverson@KaZaA | Toni Braxton ft. Kenny G- How Could An Angel Break My H... | Toni Braxton | 4,054KB | Audio |
| LadyIverson@KaZaA | Hilary Duff - So Yesterday.wma | A | 3,370KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson- Take my breath away.wmv | jessica and nick | 17,347KB | Video |
| LadyIverson@KaZaA | Trillville- Get on my level.mp3 | Lil Jon | 3,239KB | Audio |
| LadyIverson@KaZaA | Destiny's Child - T-Shirt.mp3 | Destiny's Child | 6,827KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson_Nick Lachey- Where You Are.MP3 | Jessica Simpson | 4,262KB | Audio |
| LadyIverson@KaZaA | Stacie Orrico- More to Life.mp3 | Stacie Orrico | 3,135KB | Audio |
| LadyIverson@KaZaA | Mariah Carey- I Can't Live.mp3 | Mariah Carey | 3,373KB | Audio |
| LadyIverson@KaZaA | Missy Elliot- Work.It.MP3 | Missy Elliot | 3,986KB | Audio |
| LadyIverson@KaZaA | Isyss- Day_Night.mp3 | Isyss | 3,912KB | Audio |
| LadyIverson@KaZaA | Jessica Simpson- I saw mommy kissing santa clause.mp3 | Jessica Simpson | 4,014KB | Audio |
| LadyIverson@KaZaA | FAMU - Dance Routine Mix.mp3 | Florida AM University | 4,548KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,21 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Jessica Simpson- I saw mommy kissing santa clause.mp3 | Jessica Simpson | 4,014KB | Audio |
| LadyIverson@KaZaA | FAMU - Dance Routine Mix.mp3 | Florida A_M University | 4,548KB | Audio |
| LadyIverson@KaZaA | Stevie Wonder - I Love You.mp3 | Stevie Wonder | 4,097KB | Audio |
| LadyIverson@KaZaA | T.I.- Whats Yo Name.mp3 | TI | 3,674KB | Audio |
| LadyIverson@KaZaA | Shania Twain- Still The One.mpg | Shania Twain_Elton John | 46,160KB | Video |
| LadyIverson@KaZaA | Mystikal - Shake Ya Ass.mp3 | Mystikal | 5,995KB | Audio |
| LadyIverson@KaZaA | Immature - I Will Never Lie Again.mp3 | Immature | 3,956KB | Audio |
| LadyIverson@KaZaA | Mary J Blige - Not Gonna Cry.mp3 | Mary J. Blige | 4,613KB | Audio |
| LadyIverson@KaZaA | Mary J Blige - Im Goin Down.mp3 | Mary J. Blige | 3,039KB | Audio |
| LadyIverson@KaZaA | Jay-Z- Jigga What (instrumentals).mp3 | Jay-Z | 3,698KB | Audio |
| LadyIverson@KaZaA | Syleena Johnson- Guess What.mp3 | SYLEENA JOHNSON | 3,329KB | Audio |
| LadyIverson@KaZaA | Celine Dion - Have You Ever Been In Love.mp3 | Celine Dion | 2,421KB | Audio |
| LadyIverson@KaZaA | Styles P- I Get High.mp3 | 04-styles_p-i_get_high-isp | 3,524KB | Audio |
| LadyIverson@KaZaA | D'Angelo - Brown Sugar.mp3 | D'Angelo | 4,108KB | Audio |
| LadyIverson@KaZaA | Fantasia Barrino - Always On My Mind.mp3 | 3 | 1,497KB | Audio |
| LadyIverson@KaZaA | D'Angelo - lady.mp3 | D'Angelo | 4,257KB | Audio |
| LadyIverson@KaZaA | Hilary Duff- Come Clean.mp3 | Hilary Duff | 4,149KB | Audio |
| LadyIverson@KaZaA | R.kelly- Feeling on yo Booty.mp3 | rkelly | 1,754KB | Audio |
| LadyIverson@KaZaA | Whitney Houston-Joy.mp3 | Whitney Houston_Georgi... | 3,012KB | Audio |
| LadyIverson@KaZaA | D'Angelo - Cruisin'.mp3 | D'Angelo | 6,018KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2...) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Whitney Houston- Joy.mp3 | Whitney Houston, Georgi... | 3,012KB | Audio |
| LadyIverson@KaZaA | D'Angelo - Cruisin'.mp3 | D'Angelo | 6,018KB | Audio |
| LadyIverson@KaZaA | Kanye West- Through the Wire.wma | Kanye West | 6,127KB | Audio |
| LadyIverson@KaZaA | Vonzell- I turn to you.mp3 | Vonzell Solomon | 2,791KB | Audio |
| LadyIverson@KaZaA | Whitney Houston - Why Does It Hurt So Bad.mp3 | Whitney Houston | 4,302KB | Audio |
| LadyIverson@KaZaA | Pastor Troy- Vica Versa.mp3 | Pastor Troy | 4,158KB | Audio |
| LadyIverson@KaZaA | Juvenile - Back That Ass Up.mp3 | Juvenile | 4,192KB | Audio |
| LadyIverson@KaZaA | Lauryn Hill - Killing me softly.mpg | Fugees | 43,080KB | Video |
| LadyIverson@KaZaA | Nelly - Tip Drill.mp3 | Nelly | 5,925KB | Audio |
| LadyIverson@KaZaA | Changing Faces- Fooling around.mp3 | Changing Faces | 4,178KB | Audio |
| LadyIverson@KaZaA | Dru Hill - How Deep is your love.MPG | dru hill | 60,388KB | Video |
| LadyIverson@KaZaA | Joe - Rose In A Concrete World.mp3 | 03 Joe | 2,271KB | Audio |
| LadyIverson@KaZaA | Keith Sweat - Can We Make Love.mp3 | Keith Sweat | 3,878KB | Audio |
| LadyIverson@KaZaA | Next - I Still Love You.mp3 | Next | 4,007KB | Audio |
| LadyIverson@KaZaA | Jagged Edge - Promise.mp3 | Jagged edge | 3,868KB | Audio |
| LadyIverson@KaZaA | Jagged Egde- Gotta Be.mp3 | Jagged Edge | 3,369KB | Audio |
| LadyIverson@KaZaA | NEXT- Butta Love.mp3 | Next | 3,478KB | Audio |
| LadyIverson@KaZaA | Erykah Badu - Next Lifetime.mp3 | Erykah Badu | 4,534KB | Audio |
| LadyIverson@KaZaA | Marques Houston - Pop That Booty.mp3 | Marques Houston | 5,776KB | Audio |
| LadyIverson@KaZaA | Jagged Edge - Walked Outta Heaven.mp3 | Jagged Edge | 3,435KB | Audio |

Found 701 files

2,550,799 users online, sharing 682,776,291 Files (61,2... Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Marques Houston - Pop That Booty.mp3 | Marques Houston | 5,776KB | Audio |
| LadyIverson@KaZaA | Jagged Edge - Walked Outta Heaven.mp3 | Jagged Edge | 3,435KB | Audio |
| LadyIverson@KaZaA | Gerald Levert- Made to Love You.mp3 | Gerald Levert | 3,818KB | Audio |
| LadyIverson@KaZaA | Jennifer Lopez_Marc Anthony - No Me Ames.mp3 | Marc Anthony | 4,313KB | Audio |
| LadyIverson@KaZaA | Joe - Dont Wanna Be A Player.mp3 | Joe | 4,899KB | Audio |
| LadyIverson@KaZaA | Cassidy- I'm a Hustla.wma | cassidy | 4,464KB | Audio |
| LadyIverson@KaZaA | The Black Eyed Peas - Lets Get It Started.mp3 | The Black Eyed Peas | 3,396KB | Audio |
| LadyIverson@KaZaA | Isyss- Single for the rest of my life.wma | Isyss | 931KB | Audio |
| LadyIverson@KaZaA | Changing Faces - Ghettout.mp3 | Changing Faces | 4,208KB | Audio |
| LadyIverson@KaZaA | Pastor Troy- Ridin Big.mp3 | pastor troy feat. coldbloo... | 4,163KB | Audio |
| LadyIverson@KaZaA | Chingy - Balla Baby (remix).wma | Boozie | 3,796KB | Audio |
| LadyIverson@KaZaA | Carl Thomas ft. Faith Evans- So Emotional.mp3 | Carl Thomas feat. Faith E... | 4,054KB | Audio |
| LadyIverson@KaZaA | Carl Thomas ft Faith Evans - So Emotional.mp3 | Faith Evans Feat. Carl Th... | 3,018KB | Audio |
| LadyIverson@KaZaA | Methrone - Loving Each other for life.mp3 | Methrone | 4,796KB | Audio |
| LadyIverson@KaZaA | Methrone - I Wanna Get Freaky.mp3 | Methrone | 5,386KB | Audio |
| LadyIverson@KaZaA | R.Kelly- Trapped in the Closet (video).mpeg | R. Kelly | 73,590KB | Video |
| LadyIverson@KaZaA | Tamia - Officially Missing You.mp3 | Tamia | 1,652KB | Audio |
| LadyIverson@KaZaA | Ginuwine- Only When Your Lonely.mp3 | Ginuwine | 5,454KB | Audio |
| LadyIverson@KaZaA | Ja Rule- I Cry ft Lil Mo.mp3 | Ja Rule | 7,437KB | Audio |
| LadyIverson@KaZaA | Ginuwine- Two Reasons I Cry.mp3 | Ginuwine | 7,400KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 files (61,2) | Not sharing any files

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend
New search    Download                              Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Ja Rule - I Cry Ft Lil Mo.mp3 | Ja Rule | 7,437KB | Audio |
| LadyIverson@KaZaA | Ginuwine- Two Reasons I Cry.mp3 | Ginuwine | 7,400KB | Audio |
| LadyIverson@KaZaA | Ginuwine- Tribute to a Woman.mp3 | Ginuwine | 4,697KB | Audio |
| LadyIverson@KaZaA | Chingy - Right Thurr (Remix).mp3 | Chingy Ft. Trina, J.D. | 4,188KB | Audio |
| LadyIverson@KaZaA | Sisqo- Thong Song.mp3 | Sisqo | 3,736KB | Audio |
| LadyIverson@KaZaA | Kelly Price - As We Lay.mp3 | Kelly Price | 5,942KB | Audio |
| LadyIverson@KaZaA | Whitney Houston- I Believe In Miracles.mp3 | Whitney Houston | 1,904KB | Audio |
| LadyIverson@KaZaA | Whitney Houston- Shoop Shoop.mp3 | Whitney Houston | 2,398KB | Audio |
| LadyIverson@KaZaA | Toni Braxton- Hit the Freeway.mp3 | Toni Braxton Feat. Loon ... | 5,399KB | Audio |
| LadyIverson@KaZaA | Christina Aguilera - Beautiful (acapella).mp3 | Christina Aguilera | 2,428KB | Audio |
| LadyIverson@KaZaA | Pattie Labelle - You are my friend.mp3 | Pattie Labelle | 5,457KB | Audio |
| LadyIverson@KaZaA | Marques Houston- Naked.mp3 | Marques Houston | 4,160KB | Audio |
| LadyIverson@KaZaA | Keith Sweat- Give all my love.mp3 | Keith Sweat | 6,104KB | Audio |
| LadyIverson@KaZaA | Public announcement - john doe.mp3 | Public Announcement | 6,173KB | Audio |
| LadyIverson@KaZaA | Glenn Lewis - Back For More.mp3 | Glenn Lewis | 5,443KB | Audio |
| LadyIverson@KaZaA | Terrance Howard- Whoop That Trick.mp3 | Hustle and Flow Soundtra... | 5,676KB | Audio |
| LadyIverson@KaZaA | Jesse Powell - You.mp3 | Jesse Powell | 4,978KB | Audio |
| LadyIverson@KaZaA | J-Kwon - Tipsy Remix.mp3 | J-Kwon | 3,665KB | Audio |
| LadyIverson@KaZaA | Houston ft. Chingy, Nate Dogg, I-20- I Like That.wma | houston ft. chingy | 941KB | Audio |
| LadyIverson@KaZaA | Usher ft. Lil Jon, Ludacris - Yeah.mp3 | Usher ft. Lil Jon, Ludacris | 5,834KB | Audio |

Found 701 files                                             2,550,799 users online, sharing 682,776,291 files (61,2... Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Houston ft. Chingy, Nate Dogg_I-20- I Like That.wma | houston ft. chingy | 941KB | Audio |
| LadyIverson@KaZaA | Usher ft..Lil Jon_Ludacris - Yeah.mp3 | Usher ft Lil' Jon_Ludacris | 5,834KB | Audio |
| LadyIverson@KaZaA | Deuce Komradz- Ride 'n Smokin.mp3 | Deuce Komradz | 4,481KB | Audio |
| LadyIverson@KaZaA | Trina- The Baddest Bitch.mp3 | Trina | 3,060KB | Audio |
| LadyIverson@KaZaA | Whitney Houston_Cece Winans - Count On Me.mp3 | Whitney Houston | 4,167KB | Audio |
| LadyIverson@KaZaA | Trina feat. Trick Daddy - Pull Over.mp3 | Trina f. Trick Daddy | 3,017KB | Audio |
| LadyIverson@KaZaA | keith sweat-im not ready.mp3 | Keith Sweat | 3,819KB | Audio |
| LadyIverson@KaZaA | Ludacris ft. Raphael Saddiq- Splash Waterfalls (remix).mp3 | Ludacris | 4,240KB | Audio |
| LadyIverson@KaZaA | Brandi - Sittin' Up In My Room.mp3 | Brandy | 3,944KB | Audio |
| LadyIverson@KaZaA | Big Tymers- #1 Stunna.MP3 | Big Tymers,Juvenile,Lil W… | 1,100KB | Audio |
| LadyIverson@KaZaA | Boyz 'N Da Hood- Dem Boyz.mp3 | Boys N da hood | 6,688KB | Audio |
| LadyIverson@KaZaA | Brandy ft. Kanye West- Talk about our love.mp3 | Brandy Ft. Kanye West | 5,051KB | Audio |
| LadyIverson@KaZaA | Boyz II Men - Silent Night.mp3 | Boyz II Men | 1,792KB | Audio |
| LadyIverson@KaZaA | Boyz II Men - Let It Snow.mp3 | Boyz II Men | 3,918KB | Audio |
| LadyIverson@KaZaA | Boyz II Men - I'll Make Love To You.mp3 | Boyz II Men | 3,704KB | Audio |
| LadyIverson@KaZaA | Boyz II Men - Can You Stand The Rain.mp3 | Boyz II Men | 3,770KB | Audio |
| LadyIverson@KaZaA | Boys II Men - Im doing just fine.mp3 | Boyz II Men | 5,151KB | Audio |
| LadyIverson@KaZaA | Black Eyed Peas- Shut Up.wma | Black Eyed Peas | 2,928KB | Audio |
| LadyIverson@KaZaA | Black Eyed Peas-Hey Mamma.mp3 | Black eyed peas | 2,582KB | Audio |
| LadyIverson@KaZaA | Black Eyed Peas - Pump It.mp3 | Black Eyed Peas | 3,897KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Black Eyed Peas- Hey Mamma.mp3 | Black eyed peas | 2,582KB | Audio |
| LadyIverson@KaZaA | Black Eyed Peas - Pump It.mp3 | Black Eyed Peas | 3,897KB | Audio |
| LadyIverson@KaZaA | Beyoncé_Marc Nelson- After All Is Said And Done.mp3 | Soundtrack | 3,999KB | Audio |
| LadyIverson@KaZaA | Beyonce - Crazy in love.mpg | Beyoncé | 39,680KB | Video |
| LadyIverson@KaZaA | Beenie Man ft. Miss Thing_Shawanna- Dude (Remix).mp3 | Beenie Man, Ms. Thing _... | 6,413KB | Audio |
| LadyIverson@KaZaA | Beenie Man - King Of The Dance Hall.mp3 | Beenie Man | 5,039KB | Audio |
| LadyIverson@KaZaA | Baby D ft. Archie_Pastor Troy - ATL Ho.mp3 | Baby D, Archie, Pastor Tr... | 4,246KB | Audio |
| LadyIverson@KaZaA | B2k - gots to be.mp3 | b2k | 4,017KB | Audio |
| LadyIverson@KaZaA | Ashlee Simpson- Pieces of Me.mp3 | Ashlee Simpson | 6,800KB | Audio |
| LadyIverson@KaZaA | Ariel- Part of that world.mp3 | Walt Disney Songs | 3,649KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin- Dr. Feel Good.mp3 | Aretha Franklin | 3,144KB | Audio |
| LadyIverson@KaZaA | Amerie - One Thing.mp3 | Amerie | 5,199KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin - Think.mp3 | Aretha Franklin | 3,058KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin - Natural Woman.mp3 | Aretha Franklin | 2,580KB | Audio |
| LadyIverson@KaZaA | Alicia Keys- Killing me softly.mp3 | Alicia Keys | 3,599KB | Audio |
| LadyIverson@KaZaA | Alicia Keys - If I Ain't Got You.wma | Alicia Keys | 3,615KB | Audio |
| LadyIverson@KaZaA | Alicia Keys - If I Ain't Got You (Piano Vocal Version).mp3 | Alicia Keys | 9,163KB | Audio |
| LadyIverson@KaZaA | Alexander O'Neal - Crying Overtime.mp3 | Alexander O'Neal | 4,922KB | Audio |
| LadyIverson@KaZaA | Al Green - Tired Of Being Alone.mp3 | al green | 2,618KB | Audio |
| LadyIverson@KaZaA | Adina Howard - T-Shirt Panties.mp3 | Adina Howard Feat Jamie | 4,531KB | Audio |

Found 701 files | 2,550,799 users online, sharing 682,776,291 Files (61,2) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| LadyIverson@KaZaA | Ashlee Simpson- Pieces of Me.mp3 | Ashlee Simpson | 6,800KB | Audio |
| LadyIverson@KaZaA | Ariel- Part of that world.mp3 | Walt Disney Songs | 3,649KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin- Dr. Feel Good.mp3 | Aretha Franklin | 3,144KB | Audio |
| LadyIverson@KaZaA | Amerie - One Thing.mp3 | Amerie | 5,199KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin - Think.mp3 | Aretha Franklin | 3,058KB | Audio |
| LadyIverson@KaZaA | Aretha Franklin - Natural Woman.mp3 | Aretha Franklin | 2,580KB | Audio |
| LadyIverson@KaZaA | Alicia Keys- Killing me softly.mp3 | Alicia Keys | 3,599KB | Audio |
| LadyIverson@KaZaA | Alicia Keys - If I Ain't Got You.wma | Alicia Keys | 3,615KB | Audio |
| LadyIverson@KaZaA | Alicia Keys - If I Ain't Got You (Piano Vocal Version).mp3 | Alexander O'Neal | 9,163KB | Audio |
| LadyIverson@KaZaA | Alexander O'Neal - Crying Overtime.mp3 | Alexander O'Neal | 4,922KB | Audio |
| LadyIverson@KaZaA | Al Green - Tired Of Being Alone.mp3 | al green | 2,618KB | Audio |
| LadyIverson@KaZaA | Adina Howard - T-Shirt_Panties.mp3 | Adina Howard Feat Jamie... | 4,531KB | Audio |
| LadyIverson@KaZaA | Aaliyah - Rock the boat.mp3 | Aaliyah | 2,152KB | Audio |
| LadyIverson@KaZaA | Aaliyah - I Care 4 U.mp3 | Aaliyah | 3,226KB | Audio |
| LadyIverson@KaZaA | Aaliyah - One In A Million.mp3 | Aaliyah | 4,231KB | Audio |
| LadyIverson@KaZaA | Aaliyah - 4 Page Letter.mp3 | Aaliyah | 3,429KB | Audio |
| LadyIverson@KaZaA | 702 - Star.mp3 | 702 Feat Clipse | 3,891KB | Audio |
| LadyIverson@KaZaA | 702 - All I Want.mp3 | 702 | 3,739KB | Audio |
| LadyIverson@KaZaA | Shake it Off (4).MP3 | Mariah Carey | 9,103KB | Audio |

Found 701 Files    2,550,799 users online, sharing 682,776,291 Files (61,2) Not sharing any files