

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854    Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| | |
|---|---|
| To: | **BALCH & BINGHAM, LLP**<br>**105 TALLAPOOSA STREET SUITE 200**<br>**MONTGOMERY, AL 36104** |
| Attention: | Kelly F. Pate |
| Client Ref: | |

| | |
|---|---|
| Date: | Aug 18 2006 |
| Dispatcher: | Jana P.<br>JanaP@abclegal.com<br>800-315-4874 |
| Tracking #: | 3815358 |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | DAN BENN |
| Person Served: | Deecra Benn Daughter,Bfm,Age 21, Black hair,165lbs, 5.8 |
| Served By: | Christopher Manning |
| Service Date: | Aug 7 2006 2:50PM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| Service Address: | 4000 OAK ST   MONTGOMERY county of County ALABAMA 36105 |
| Court: | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| Case Name: | ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,     Plaintiff / Petitioner<br>vs.<br>DAN BENN     Defendant / Respondant |
| Case Number: | 2:06CV633-MEF-VPM |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>VS.<br>DAN BENN<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **2:06CV633-MEF-VPM**<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of August, 2006, at 2:50 PM**, at the address of **4000 OAK Street , MONTGOMERY**, Montgomery County, **AL 36105**; this declarant served the above described documents upon **DAN BENN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Deecra Benn, Daughter,Bfm,Age 21, Black hair,165lbs, 5.8**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this **15th day of August, 2006**.

_Christopher Manning_
**Christopher Manning, Montgomery, Alabama**

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen**<br>**RIAA (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3815358** |

_Kay D. Bonta_

KAY D. BONTA
Notary Public, AL State-at-Large
My Comm. Expires Nov. 19, 2007

AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
MIDDLE DISTRICT OF ALABAMA

**ELEKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **VIRGIN RECORDS AMERICA, INC.**, a California corporation; **UMG RECORDINGS, INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **ARISTA RECORDS LLC**, a Delaware limited liability company; and **ATLANTIC RECORDING CORPORATION**, a Delaware corporation,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06cv633-MEF-VPM

v.

**DAN BENN**

TO:

**DAN BENN**
4000 Oak St.
Montgomery, AL 36105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

    Dorman Walker (Bar # WAL086)
    Kelly F. Pate (Bar # FIT014))
    BALCH & BINGHAM LLP
    105 Tallapoosa Street, Suite 200
    P.O. Box 78 (36101)
    Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*　　　　　　　　　　　　　　7/19/06
CLERK　　　　　　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8-7-2006 |
| NAME OF SERVER Christopher Manning | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left  DeecRA Benn

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $30.00 | TOTAL $30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-7-2006
Date

Signature of Server: Christopher Manning

Address of Server: 115 Higginbotham Rd Empire Al 35063

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.