IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:06-cv-00633-MEF-VPM |
| Plaintiffs, ) ) ) | |
| vs. ) ) | |
| DAN BENN, ) ) ) | |
| Defendant. ) ) ) ) ) ) ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Kelly F. Pate ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on August 7, 2006, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the

171618.1

Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

                                        Respectfully submitted,

DATED:    September 12, 2006            s/ Kelly F. Pate
                                        Dorman Walker (Bar # WAL086)
                                        Kelly F. Pate (Bar # FIT014)
                                        BALCH & BINGHAM LLP
                                        105 Tallapoosa St., Suite 200
                                        P.O. Box 78 (36101-0078)
                                        Montgomery, Alabama 36104
                                        Telephone: (334) 269-3130
                                        Fax: (334) 313-6056

                                        ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:06-cv-00633-MEF-VPM |
| Plaintiffs, ) ) ) | |
| vs. ) ) | |
| DAN BENN, ) ) | |
| Defendant. ) ) ) ) ) ) | |

## DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Kelly F. Pate, declare:

1.    I am an attorney at law licensed to practice before the Courts of the State of

Alabama and this United States District Court. I am an attorney in the law firm of Balch &

Bingham LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of

the following facts and, if called and sworn as a witness, could and would competently testify

thereto.

2.    On July 18, 2006, Plaintiffs filed the Complaint in this case against Defendant.

Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the

171618.1

Court, reflecting that Defendant was served with the Summons and Complaint on August 7, 2006, by substitute service.

3.      More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4.      Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5.      Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6.      I am informed and believe that Defendant is not an infant or incompetent person.

7.      A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2006 at Montgomery, Alabama.

_Kelly F. Pate_
Kelly F. Pate