IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAN BENN,<br><br>　　　　Defendant. | Civil Action No.: 2:06-cv-00633-MEF-VPM |

## DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Kelly F. Pate, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court. I am an attorney in the law firm of Balch & Bingham LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 18, 2006, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the

171618.1

Court, reflecting that Defendant was served with the Summons and Complaint on August 7, 2006, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2006 at Montgomery, Alabama.

*Kelly F. Pate*
Kelly F. Pate

171618.1



633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| | |
|---|---|
| To: | BALCH & BINGHAM, LLP<br>105 TALLAPOOSA STREET SUITE 200<br>MONTGOMERY, AL 36104 |
| Attention: | Kelly F. Pate |
| Client Ref: | |

Date: Aug 18 2006
Dispatcher: Jana P.
JanaP@abclegal.com
800-315-4874

Tracking #: 3815358

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp


| | |
|---|---|
| Servee: | DAN BENN |
| Person Served: | Deecra Benn Daughter, Bfm, Age 21, Black hair, 165lbs, 5.8 |
| Served By: | Christopher Manning |
| Service Date: | Aug 7 2006 2:50PM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| Service Address: | 4000 OAK ST   MONTGOMERY county of County ALABAMA 36105 |
| Court: | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| Case Name: | ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,   Plaintiff / Petitioner<br>vs.<br>DAN BENN   Defendant / Respondant |
| Case Number: | 2:06CV633-MEF-VPM |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Dbt f !3;17.dw.11744.NFGWQN!!!!!Epdvn f ou5!!!!!Gjrhe!1903308117!!!!!Qbhf !3!pg5

perlres

Page 1 of 2

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**DAN BENN**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **2:06CV633-MEF-VPM**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of August, 2006, at 2:50 PM**, at the address of **4000 OAK Street, MONTGOMERY**, Montgomery County, **AL 36105**; this declarant served the above described documents upon **DAN BENN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Deecra Benn, Daughter,Bfm,Age 21, Black hair,165lbs, 5.8**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this 15th day of August, 2006.

_Christopher Manning_
**Christopher Manning, Montgomery, Alabama**

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen**<br>RIAA (PFI) | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3815358** |

_Kay D. Bonta_
KAY D. BONTA
Notary Public, AL State-at-Large
My Comm. Expires Nov. 19, 2007

Dbtf !3;17.dw11744. NFGWQN!!!!!Epdvnfou5!!!!!Gjrhe!1908308117!!!!!Qbhf!4!pg5

AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: 2:06cv633-MEF-VPM |

v.

DAN BENN

TO:

DAN BENN
4000 Oak St.
Montgomery, AL 36105

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S' ATTORNEY

    Dorman Walker (Bar # WAL086)
    Kelly F. Pate (Bar # FIT014))
    BALCH & BINGHAM LLP
    105 Tallapoosa Street, Suite 200
    P.O. Box 78 (36101)
    Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*     7/19/06
CLERK                  DATE

*Ben Pow*
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8-7-2006 |
| NAME OF SERVER Christopher Manning | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left  DeeCRA Benn

☐ Returned unexecuted _____

☐ Other (specify) _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $30.00 | TOTAL $30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-7-2006
Date

Signature of Server: Christopher Manning

Address of Server: 115 Higginbotham Rd Empire AL 35063

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.