IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DAN BENN,<br><br>Defendant. | Civil Action No.: 2:06-cv-00633-MEF-VPM |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Dan Benn, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Dan Benn has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure;

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Dan Benn hereby is entered.

DATED: _____        By: _____
                                              Deputy Clerk

1