; IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, <br><br>   Plaintiffs, <br><br> v. <br><br> DAN BENN, <br><br>   Defendant. | Civil Action No. 2:06-CV-633-MEF-VPM |

## ENTRY OF DEFAULT

It appearing that defendant, Dan Benn, was duly served with a copy of the summons and complaint on August 7, 2006, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on September 12, 2006, as required by law.

DEFAULT is hereby entered against defendant, Dan Benn.

DONE THIS __21st__ day of __September__, 2006.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA