IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAN BENN,<br><br>        Defendant. | Civil Action No.: 2:06-cv-00633-MEF-VPM |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANT :

PLEASE TAKE NOTICE that, on September 21, 2006 the Clerk of the Court entered the default of Defendant. A copy of the Entry of Default is attached hereto as Exhibit A, and incorporated herein by this reference.

171913.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 22, 2006 | s/ Kelly F. Pate |

Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

ATTORNEYS FOR PLAINTIFFS

171913.1