IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ELEKTRA ENTERTAINMENT GROUP, INC., )
a Delaware; VIRGIN RECORDS AMERICA, )
INC., a California corporation; UMG )
RECORDINGS, INC., a Delaware corporation; )
SONY BMG MUSIC ENTERTAINMENT, a )
Delaware general partnership; ARISTA )
RECORDS LLC, a Delaware limited liability )
company; and ATLANTIC RECORDING )
CORPORATION, a Delaware corporation, )
)
    Plaintiffs, )
)
v. )   Civil Action No. 2:06-CV-633-MEF-VPM
)
DAN BENN, )
)
    Defendant. )
)

### ENTRY OF DEFAULT

It appearing that defendant, Dan Benn, was duly served with a copy of the summons and complaint on August 7, 2006, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on September 12, 2006, as required by law.

DEFAULT is hereby entered against defendant, Dan Benn.

DONE THIS __21st__ day of __September__, 2006.

                /s/ Debra P. Hackett

                DEBRA P. HACKETT
                CLERK, UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA