IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ELEKTRA ENTERTAINMENT GROUP )
INC., a Delaware corporation; VIRGIN )
RECORDS AMERICA, INC., a California )
corporation; UMG RECORDINGS, INC., a )
Delaware corporation; SONY BMG )
MUSIC ENTERTAINMENT, a Delaware )
general partnership; ARISTA RECORDS )
LLC, a Delaware limited liability company; )
and ATLANTIC RECORDING )
CORPORATION, a Delaware corporation, )
)
)
)
Plaintiffs, )
)
vs. ) Civil Action No.: 2:06-cv-00633-MEF-VPM
)
DAN BENN, )
)
)
Defendant. )
)
)
)
)

### DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

I, Kelly F. Pate, declare:

1.   I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court. I am an attorney in the law firm of Balch & Bingham LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.   On July 18, 2006, Plaintiffs filed the Complaint. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint.

171912.1



3. On September 21, 2006, the Clerk of this Court entered the default of Defendant. Attached hereto as Exhibit 2 is a true and correct copy of the Default By Clerk.

4. Defendant has not appeared in this action.

5. I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6. Plaintiffs have incurred costs in this case in the amount of $420.00.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September, 2006 at Montgomery, Alabama.

Kelly F. Pate

171912.1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ELEKTRA ENTERTAINMENT GROUP, INC., )
a Delaware; VIRGIN RECORDS AMERICA, )
INC., a California corporation; UMG )
RECORDINGS, INC., a Delaware corporation; )
SONY BMG MUSIC ENTERTAINMENT, a )
Delaware general partnership; ARISTA )
RECORDS LLC, a Delaware limited liability )
company; and ATLANTIC RECORDING )
CORPORATION, a Delaware corporation, )
              )
  Plaintiffs, )
              )
v.             )  Civil Action No. 2:06-CV-633-MEF-VPM
              )
DAN BENN, )
              )
  Defendant. )
              )

## ENTRY OF DEFAULT

It appearing that defendant, Dan Benn, was duly served with a copy of the summons and complaint on August 7, 2006, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on September 12, 2006, as required by law.

DEFAULT is hereby entered against defendant, Dan Benn.

DONE THIS __21st__ day of __September__, 2006.

                 /s/ Debra P. Hackett

                 DEBRA P. HACKETT
                 CLERK, UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF ALABAMA

