IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-633-MEF ) |
| DAN BENN, | ) ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

Judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure having been entered in favor of the Plaintiffs and against the Defendant, and in accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

 1. The hearing set for November 14, 2006 at 9:00 a.m. is vacated.

 2. Pursuant to 17 U.S.C. § 504(c)(1), Plaintiffs shall have and recover the sum of $6,750.00 in statutory damages from Defendant for violation of federal copyright laws, 17 U.S.C. § 101, *et seq.*

 3. Pursuant to 17 U.S.C. § 505, Plaintiffs shall have and recover the sum of $420.00 in costs from Defendant.

 4. Pursuant to 17 U.S.C. § 502(a), Defendant shall be and is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and in any sound recordings, whether now in existence or later created, that are

owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE